UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

MARY M. TARDIF,

                                   Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, INSPECTOR JOHN O'CONNELL, DEPUTY INSPECTOR EDWARD WINSKI, POLICE OFFICER JAMES MCNAMARA, POLICE OFFICER ALENA AMINOVA, POLICE OFFICER KENDAL CREER, POLICE OFFICER MARSHA RUMBLE, POLICE OFFICER FELIX SCHMIDT, DEPUTY INSPECTOR DANIEL MULLIGAN, SERGEANT THOMAS MCMANUS, AND JOHN DOE NYPD OFFICERS ##1-9,

                                   Defendants.

------------------------------------------------------------------------------x

**DECLARATION OF BRACHAH GOYKADOSH IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE***

13 Civ. 4056 (KMW)(KNF)

**BRACHAH GOYKADOSH**, an attorney duly admitted to practice in the State of New York and in this Court, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

       I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York, Sergeant McManus, Officer Schmidt, and Officer Rumble. As such, I am familiar with the facts stated below. I submit this declaration to place on the record the relevant documents in support of defendants' motions *in limine*.

       1. Annexed hereto as Exhibit "A" are Plaintiff's Initial Disclosures dated November 1, 2013.

2. Annexed hereto as Exhibit "B" are letters from Amy Robinson, Esq. to Stefan Krieger, Esq. dated January 23, 2015 and June 1, 2015.

3. Annexed hereto as Exhibit "C" are subpoenas for Tony Zilka (currently known as Mandy Quinn).

4. Annexed hereto as Exhibit "D" is a Supplemental Disclosure by plaintiff dated April 2, 2015.

5. Annexed hereto as Exhibit "E" are relevant excerpts from the declaration of plaintiff Mary Tardif.

6. Annexed hereto as Exhibit "F" are relevant excerpts from the 50-h hearing of plaintiff Mary Tardif.

7. Annexed hereto as Exhibit "G" are relevant excerpts from the deposition of defendant Police Officer Marsha Rumble.

8. Annexed hereto as Exhibit "H" are relevant excerpts from the deposition of non-party Police Officer Alena Aminova.

9. Annexed hereto as Exhibit "I" is a Supplemental Disclosure by plaintiff dated March 10, 2015.

Dated: New York, New York
       January 16, 2018

**ZACHARY W. CARTER**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3523

By: _____/s/_____
    Brachah Goykadosh
    *Assistant Corporation Counsel*
    Special Federal Litigation Division

cc:   All counsel of record (by ECF only)

Case 1:13-cv-04056-KMW-KNF   Document 231   Filed 01/16/18   Page 3 of 3


13 Civ. 4056 (KMW)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY M. TARDIF,

                                            Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, INSPECTOR JOHN O'CONNELL, DEPUTY INSPECTOR EDWARD WINSKI, POLICE OFFICER JAMES MCNAMARA, POLICE OFFICER ALENA AMINOVA, POLICE OFFICER KENDAL CREER, POLICE OFFICER MARSHA RUMBLE, POLICE OFFICER FELIX SCHMIDT, DEPUTY INSPECTOR DANIEL MULLIGAN, SERGEANT THOMAS MCMANUS, AND JOHN DOE NYPD OFFICERS ##1-9,
                                            Defendants.

---

**DECLARATION OF BRACHAH GOYKADOSH IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE***

---

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

Of Counsel: Brachah Goykadosh
Tel: (212) 356-3523

---

*Due and timely service is hereby admitted.*

*New York, New York ............................. , 2018 . . .*

*.................................................................. Esq.*

*Attorney for ...........................................................*