```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

MARY M. TARDIF,

                Plaintiff,

  -against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY COMMISSIONER JOHN O'CONNELL, DEPUTY INSPECTOR DANIEL MULLIGAN, DEPUTY INSPECTOR EDWARD WINSKI, SERGEANT THOMAS MCMANUS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, POLICE OFFICER JAMES MCNAMARA, POLICE OFFICER ALENA AMINOVA, POLICE OFFICER KENDAL CREER, POLICE OFFICER MARSHA RUMBLE, POLICE OFFICER FELIX SCHMIDT, JOHN DOE, NYPD OFFICERS #1-13, JOHN DOE, NYPD OFFICERS #1-11, JOHN DOE, NYPD OFFICERS #1-9, JOHN DOE, NYPD OFFICER #11,

                Defendants.

```
-----------------------------------------------------------X
```

     USDC SDNY
     DOCUMENT
     ELECTRONICALLY FILED
     DOC #: _____
     DATE FILED: __3/21/2021_____

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court hereby orders the parties to meet and confer regarding (1) how soon the case can be retried, and (2) possible settlement.  The parties are ordered to inform the Court no later than April 2, 2021, how soon the case can be retried, and the result of their discussions regarding possible settlement.

      SO ORDERED.

Dated: New York, New York
       March 21, 2021

                                               */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                  United States District Judge