UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARY M. TARDIF,

                Plaintiff,

    -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, DEPUTY
COMMISSIONER JOHN O'CONNELL,
DEPUTY INSPECTOR DANIEL
MULLIGAN, DEPUTY INSPECTOR
EDWARD WINSKI, SERGEANT THOMAS
MCMANUS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, POLICE OFFICER
JAMES MCNAMARA, POLICE OFFICER
ALENA AMINOVA, POLICE OFFICER
KENDAL CREER, POLICE OFFICER
MARSHA RUMBLE, POLICE OFFICER
FELIX SCHMIDT, JOHN DOE, NYPD
OFFICERS #1-13, JOHN DOE, NYPD
OFFICERS #1-11, JOHN DOE, NYPD
OFFICERS #1-9, JOHN DOE, NYPD
OFFICER #11,

                Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/5/2021_____

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has received the parties' joint letter regarding (1) how soon the case can be retried, and (2) possible settlement. (ECF No. 366.) The parties are ordered to provide the Court with a further status update, in writing, no later than April 30, 2021. A trial date will not be set at this time.

    SO ORDERED.

Dated: New York, New York
       April 5, 2021

                                                      /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                                 United States District Judge