```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARY M. TARDIF,

                          Plaintiff,

    -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, DEPUTY
COMMISSIONER JOHN O'CONNELL,
DEPUTY INSPECTOR DANIEL
MULLIGAN, DEPUTY INSPECTOR
EDWARD WINSKI, SERGEANT THOMAS
MCMANUS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, POLICE OFFICER
JAMES MCNAMARA, POLICE OFFICER
ALENA AMINOVA, POLICE OFFICER
KENDAL CREER, POLICE OFFICER
MARSHA RUMBLE, POLICE OFFICER
FELIX SCHMIDT, JOHN DOE, NYPD
OFFICERS #1-13, JOHN DOE, NYPD
OFFICERS #1-11, JOHN DOE, NYPD
OFFICERS #1-9, JOHN DOE, NYPD
OFFICER #11,

                          Defendants.
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/4/2021_____

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court has received the parties' April 30, 2021 status report. (ECF No. 369.) The Court has considered the parties' respective positions and hereby ORDERS that:

1. On or before June 4, 2021, the parties shall provide a further status update, including with respect to potential settlement. The Court does not accept Plaintiff's categorical statement that she "cannot proceed to discuss settlement" while simultaneously investigating Plaintiff's present medical condition. (Report at 2.)

2. If Plaintiff intends to seek leave to reopen discovery, Plaintiff must do so, by letter motion, by June 4, 2021. Defendant may respond to any such letter motion by June 18,

2021. Plaintiff may submit a reply by June 25, 2021.

3. A trial date will not be set at this time.

SO ORDERED.

Dated: New York, New York
May 4, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge