```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
```
| | |
|---|---|
| MARY M. TARDIF,<br><br>              Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPUTY COMMISSIONER JOHN O'CONNELL, DEPUTY INSPECTOR DANIEL MULLIGAN, DEPUTY INSPECTOR EDWARD WINSKI, SERGEANT THOMAS MCMANUS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, POLICE OFFICER JAMES MCNAMARA, POLICE OFFICER ALENA AMINOVA, POLICE OFFICER KENDAL CREER, POLICE OFFICER MARSHA RUMBLE, POLICE OFFICER FELIX SCHMIDT, JOHN DOE, NYPD OFFICERS #1-13, JOHN DOE, NYPD OFFICERS #1-11, JOHN DOE, NYPD OFFICERS #1-9, JOHN DOE, NYPD OFFICER #11,<br><br>              Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __6/7/2021_____<br><br><br><br><br>13-CV-4056 (KMW)<br>**<u>ORDER</u>** |

```
-------------------------------------------------------X
```
KIMBA M. WOOD, United States District Judge:

      On June 4, 2021, the parties provided a status report, expressing divergent views as to how the case should proceed. (ECF No. 372.) Separately, Plaintiff filed a letter motion seeking a modification of an outdated Scheduling Order (ECF No. 40) in order to allow Plaintiff to serve supplemental expert reports in connection with Plaintiff's present medical condition. (ECF No. 273.) The existing Scheduling Order was issued by Magistrate Judge Maas, and required discovery to be complete by June 30, 2015. (*See* ECF No. 63.)

      As set forth in the Court's May 4, 2021 Order (ECF No. 370), Defendant shall file its

opposition to Plaintiff's motion by June 18, 2021. Plaintiff may file a reply by June 25, 2021.

SO ORDERED.

Dated: New York, New York
       June 7, 2021

                                             */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                      United States District Judge