UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARY M. TARDIF,

                         Plaintiff,

     -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, DEPUTY
COMMISSIONER JOHN O'CONNELL,
DEPUTY INSPECTOR DANIEL
MULLIGAN, DEPUTY INSPECTOR
EDWARD WINSKI, SERGEANT THOMAS
MCMANUS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, POLICE OFFICER
JAMES MCNAMARA, POLICE OFFICER
ALENA AMINOVA, POLICE OFFICER
KENDAL CREER, POLICE OFFICER
MARSHA RUMBLE, POLICE OFFICER
FELIX SCHMIDT, JOHN DOE, NYPD
OFFICERS #1-13, JOHN DOE, NYPD
OFFICERS #1-11, JOHN DOE, NYPD
OFFICERS #1-9, JOHN DOE, NYPD
OFFICER #11,

                         Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/24/2022

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The parties shall, by January 28, 2022, submit to the Court a joint letter outlining the steps that need to be taken before the case is to be trial ready by March 21, 2022.   In this letter, counsel must notify the Court of their availability for a trial in April and May 2022, and include any potential scheduling conflicts, including trials, that would prevent a trial in April or May 2022.

2

In accordance with the Court's December 2, 2021 Order (ECF No. 381), Pre-Motion Letters (including those for motions in limine) must be submitted no later than February 28, 2022.

SO ORDERED.

Dated: New York, New York
January 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kimba M. Wood*
　　　　　　　　　　　　　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2