

| | | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOSHUA J. LAX<br>Senior Counsel<br>phone: (212) 356-3538<br>fax: (212) 356-3509<br>jlax@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/22

February 28, 2022

**By ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  Mary Tardif v. City of New York, et al., No. 13 Civ. 4056 (KMW) (KNF)

Your Honor:

   I am an attorney in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, attorney for defendant City of New York in the above-referenced matter.  I write with the consent of plaintiff's counsel, Reza Rezvani, Esq., to respectfully request that the annexed exhibit, Exhibit "C" for defendant's motions *in limine*, be filed under seal pursuant to the parties' obligations under the governing protective order, because plaintiff has marked this document confidential.

*Granted - KMW*

   Defendant thanks the Court for its consideration of this application.

Sincerely,

/s/

Joshua J. Lax
*Senior Counsel*
Special Federal Litigation Division

CC: All Counsel (BY ECF)

SO ORDERED, N.Y., N.Y. 3/8/22

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.