

**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

```
USDC SDNY                March 7, 2022
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/22
```

BY ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

We write jointly with counsel for the Defendants to request an extension of time to file the joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions. The parties will file the joint pretrial order today and we understand that pursuant to Your Honor's Individual Rules of Practice Section 4(B)(iii), the aforementioned documents should be filed today as well. However, because of extended negotiations on the joint pretrial order, the parties will be unable to do so, despite our best efforts. We currently have a working draft of the documents listed above and feel that we will be able to file them no later than March 11, 2022. We thank the Court for its time in this matter.

Granted.
-KMW

Respectfully,

*/s/Reza Rezvani*
Reza Rezvani

cc:   All Counsel of Record (*via* ECF)

SO ORDERED, N.Y., N.Y.  3/8/22

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.6804   FAX: 212.656.1760   INJURYLAWYERSOFNYC.COM