

**NEW YORK**  **CALIFORNIA**  **GEORGIA**  **PENNSYLVANIA**

March 10, 2022

BY ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/11/2022

Re: *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

**MEMO ENDORSED**

Dear Judge Wood:

      We write jointly with counsel for the Defendants to request an extension of time to file the joint requests to charge to March 15, 2022. Currently, the request to charge, as well as verdict forms and *voir dire* questions are due on March 11, 2022. The parties will file the joint proposed verdict forms and joint proposed *voir dire* questions by the deadline. However, we are still working on a request to charge that fully reflects our best efforts to come to agreements where possible. We have exchanged multiple rounds of drafts and edits and we feel that a brief extension will result in more compromise. We thank the Court for its time in this matter.

Respectfully,

*/s/Reza Rezvani*
Reza Rezvani

cc: All Counsel of Record (*via* ECF)

---

**The parties' request is granted.**

**The joint requests to charge must be filed by March 15, 2022.**

**SO ORDERED.**

**Dated: New York, NY
March 11, 2022**

    */s/ Kimba M. Wood*

**THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE**

---

685 THIRD AVENUE  26TH FLOOR  NEW YORK, NY 10017  PHONE: 212.983.6804  FAX: 212.656.1760  INJURYLAWYERSOFNYC.COM