UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY TARDIF,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | Index No.: 1:13-cv-4056-KMW-KNF<br><br>**DECLARATION OF REZA REZVANI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS *IN LIMINE*** |

I, Reza Rezvani, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner in the law firm of Faruqi & Faruqi, LLP, counsel for Plaintiff Mary Tardif in the above-captioned matter.  I am an attorney duly authorized to practice law in the State of New York.  I am familiar with the facts stated below and I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motions *in Limine*.

2.      Attached hereto as Exhibit A is a true and correct copy of the report of Gregory Lawler, M.D.

3.      Attached hereto as Exhibit B is a true and correct copy of the report of Ranga C. Krishna, M.D.

4.      Attached hereto as Exhibit C is a true and correct copy of the addendum report of Ranga C. Krishna, M.D.

5.      Attached hereto as Exhibit D is a true and correct copy of the report of Linda Lajterman.

6.      Attached hereto as Exhibit E is a true and correct copy of the report of Mark. P. Zaporowski.

7. Attached hereto as Exhibit F is a true and correct copy of the medical records referenced in Dr. Krishna's report, filed in three parts (F-1, F-2, and F-3) due to file size restrictions in uploading to ECF. Plaintiff will make a motion to file this exhibit under seal, but provide a copy to chambers with their courtesy copy.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the November 18, 2020 trial transcript.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from Plaintiff's January 18, 2022 EBT.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of Plaintiff's 50-h transcript.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   New York, New York                    /s/ Reza Rezvani
         March 23, 2022                        Reza Rezvani