

**F&F FARUQI & FARUQI**
LLP
ATTORNEYS AT LAW

NEW YORK   CALIFORNIA   GEORGIA   PENNSYLVANIA

March 23, 2022

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/28/2022

**MEMO ENDORSED**

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

We represent the Plaintiff, Mary Tardif, in the above captioned matter. I write with the consent of Defendant's counsel, Joshua J. Lax, Esq., to respectfully request that the annexed exhibit, Exhibit F, for Plaintiff's Opposition to Defendant's Motions *in Limine* to be filed under seal pursuant to the parties' obligations under the governing protective order, as Plaintiff has marked these documents confidential.  Exhibit is filed in three parts, Exhibit F-1, F-2, and F-3, because of file size capacity in uploading to ECF.

We thank the Court for its consideration in this matter.

Respectfully,

/s/Reza Rezvani
Reza Rezvani

cc:     All Counsel of Record (*via* ECF)

> **Plaintiff's request is granted.**
>
> **SO ORDERED.**
>
> **Dated: March 28, 2022**
> **New York, NY**
>
> _/s/ Kimba M. Wood_
> **THE HONORABLE KIMBA M. WOOD**
> **UNITED STATES DISTRICT JUDGE**

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE 212.983.6804   FAX 212.656.1760   INJURYLAWYERSOFNYC.COM