```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARY M. TARDIF,
```

| | |
|---|---|
| | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: __4/11/2022__ |

Plaintiff,

-against-                                                                 13-CV-4056 (KMW)

**<u>ORDER</u>**

CITY OF NEW YORK,

Defendant.

-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     As of Monday, March 21, 2022, this case has been designed as "Ready for Trial." (See the undersigned's Individual Rules for the meaning of "Ready for Trial.") The final pretrial conference in this case will be held on Wednesday, April 27, 2022, at 10:00 a.m. The trial will begin on Wednesday, May 18, 2022, at 9:00 a.m.

     SO ORDERED.

Dated: New York, New York
       April 11, 2022

                                                                             */s/ Kimba M. Wood*
                                                                         KIMBA M. WOOD
                                                           United States District Judge