UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARY M. TARDIF,

                              Plaintiff,

       -against-

CITY OF NEW YORK,

                              Defendant.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The Court is considering bifurcating the trial in this case into:

(1) a first phase, to determine whether there is liability, and (2) in the event the jury finds liability, a second phase, regarding what, if any, damages have resulted.

       The second phase would commence immediately after the jury has returned a verdict.

       Both phases would be tried before the same jury.

       Any objections, factual or legal, must be sent by counsel to the Court by April 22, 2022.

Any legal objections must be accompanied by a Memorandum of Law.

       SO ORDERED.

Dated: New York, New York
       April 12, 2022

                                                            */s/ Kimba M. Wood*
                                                           KIMBA M. WOOD
                                                    United States District Judge