Case 1:13-cv-04056-KMW-KNF   Document 426   Filed 04/22/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARY M. TARDIF,

                        Plaintiff,

    -against-

CITY OF NEW YORK,

                        Defendant.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/22/2022

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has received Defendant's request to adjourn the pretrial conference and Plaintiff's opposition. (ECF Nos. 422, 423.)

    Mr. Lax is required to appear at the April 27, 2022 Pretrial Conference in this case, along with his supervisor on this litigation and any replacement lawyer(s) he proposes to have take over the representation of the City in this litigation.

    Mr. Lax will need to explain to the Court why his exit from the Corporation Counsel's Office is being given with so little notice, among other things.

    SO ORDERED.

Dated: New York, New York
       April 22, 2022

                                                               */s/ Kimba M. Wood*
                                                               KIMBA M. WOOD
                                                         United States District Judge