```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

        -v-                                              13-CV-4056 (KMW)

CITY OF NEW YORK,                                        **ORDER**

                Defendant.
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/4/2022

KIMBA M. WOOD, United States District Judge:

      Voir dire of Dianne Laroe will be conducted remotely on May 5, 2022 at 11 a.m. Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 383 935 221, with their telephones on mute.  Consistent with the standing orders of this Court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

      SO ORDERED.

Dated: New York, New York
       May 4, 2022                              */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                       United States District Judge