

**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

May 3, 2022

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 5/4/2022

**MEMO ENDORSED**

Re:   *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

Plaintiff respectfully requests an extension to submit to the Court a copy of extrinsic evidence connected to the two witnesses scheduled for voir dire questioning on May 5, 2022. (ECF No. 434). My office mistakenly failed to calendar this deadline when reviewing the Court's order. Defendant does not object to this request.

If Plaintiff's request is granted, our submission will be filed tomorrow and will include four pages from the CCRB file, two audio recordings, and Defendant's Rule 26 disclosures (without attachments). All of these, except for two pages of the CCRB and the disclosure documents were included in Defendant's submission.

Additionally, with respect to Dawn Brunetti (the EMT who authored the ambulance call report), I was able to speak with her today. With respect to the portion of her report which states, "Pt was thrown to the ground", Ms. Brunetti could not tell for sure who the source of that statement was. Accordingly, Plaintiff strikes Ms. Brunetti's name from the witness list.

Respectfully,

In light of the fact that Defendant does not object, Plaintiff's request is granted.

Plaintiff must provide the four pages from the CCRB file and Defendant's Rule 26 disclosures (without attachments) by 5pm today, May 4, 2022.

Plaintiff must provide, by 5pm today, a letter indicating the file names of the two audio recordings the Court already has. If Plaintiff seeks to introduce portions of those two audio recordings, Plaintiff shall, in the same letter, identify those portions by their timestamps.

SO ORDERED.

Dated: May 4, 2022
New York, NY

_____/s/ Kimba M. Wood_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.6804   FAX: 212.656.1760   INJURYLAWYERSOFNYC.COM