UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

   -v-

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __5/5/2022__

13CV4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Plaintiff's counsel has informed this Court that Ms. Dianne LaRoe has not confirmed her availability for <u>voir dire</u>, and that, in light of that, plaintiff will not call Ms. LaRoe as a witness at trial.

    The <u>voir dire</u> that was scheduled for May 5th at 11:00 a.m., is thus canceled.

SO ORDERED.

Dated: New York, New York
       May 5, 2022

                                              _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                              United States District Judge