UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARY TARDIF,

               Plaintiff,

    -v-

CITY OF NEW YORK,

               Defendant.
-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:    5/5/2022

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

**1.**     **Videos for Use at Trial**

       Pursuant to the Court's direction, the parties have provided the Court copies of the videos they wish to use at trial. For the videos included in Plaintiff's proposed exhibits, Plaintiff has provided timestamps designating which portions of the videos she wishes to use at trial. (ECF No. 447.) Defendant has provided timestamps designating which portions of the videos it anticipates using at trial, for both the videos included in Defendant's proposed exhibits and those included in Plaintiff's proposed exhibits. (ECF No. 445.) Defendant objects to admitting portions of the videos designated by Plaintiff.

       By May 9, 2022 at 5 p.m., Plaintiff shall submit to the Court a letter of no more than three pages articulating her objections, if any, to the portions of the videos designated by Defendant. That letter should also state whether Plaintiff anticipates using in her case in chief, for rebuttal, or for impeachment purposes any portions of the videos provided by Defendant. If so, the letter should include timestamps designating the portions of the videos Plaintiff anticipates offering.

Since Defendant filed its objections to portions of the videos, Plaintiff filed a letter indicating that she intends to use longer portions of several videos than she had designated earlier. To account for this difference, Defendant may submit by May 9, 2022 at 5 p.m. a letter of no more than two pages supplementing the objections it has already filed.

By May 10, 2022 at 5 p.m., either party may choose to submit to the Court a letter of no more than two pages rebutting the arguments of its adversary.

**2.      Motion for Reconsideration**

Plaintiff has moved for reconsideration of the Court's ruling regarding the visibility of Ms. Tardif's service dog during trial. Defendant may submit a memorandum of law in opposition to this motion by May 9, 2022 at 5 p.m. This memorandum is not to exceed eight double-spaced pages.

SO ORDERED.

Dated: New York, New York
       May 5, 2022                                    /s/ Kimba M. Wood
                                                      KIMBA M. WOOD
                                                      United States District Judge