UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

      -v-

CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/6/2022
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The parties had previously indicated they would be available for a remote conference on Monday, May 9th. The Court will hold a remote conference on Monday, May 9th, at 3:30 p.m. The parties should be prepared to address Mark P. Zaporowski's availability at trial.

      A Teams link will be circulated to the parties. Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 612 441 929, with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       May 6, 2022

                                                        */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                            United States District Judge