

NEW YORK       CALIFORNIA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/6/2022
```

BY ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

**MEMO ENDORSED**

    Plaintiff respectfully requests a brief extension to submit the supplemental affidavit of neurologist R.C. Krishna, M.D., which is currently due at 5:00 p.m. today. (ECF No. 444). Plaintiff requests that this supplemental affidavit be filed on or before 9:00 p.m. today. Defendant objects to this request.

**Granted.**
**KMW**

    Plaintiff has submitted the supplemental affidavit of neuroradiologist Gregory J. Lawler, M.D., (ECF No. 452), in compliance with this Court's May 4, 2022 Order.

    Dr. Krishna has been working diligently in order to meet the deadlines set by the Court. However, as previously stated to this Court, his private practice schedule has presented a challenge for him to be able to complete his affidavit. He has informed me that if the deadline is extended to this evening at 9:00 p.m., he will be able to complete the affidavit.

    We thank the Court for its consideration in this matter.

Respectfully,

*/s/Reza Rezvani*
Reza Rezvani

cc:    All Counsel of Record (*via* ECF)

SO ORDERED.

Dated: New York, New York     */s/ Kimba M. Wood*
       May 6, 2022     **KIMBA M. WOOD**
                             **United States District Judge**

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.6804   FAX: 212.656.1760   INJURYLAWYERSOFNYC.COM