UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

   -v-

CITY OF NEW YORK,

                Defendant.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/11/2022
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Two motions for reconsideration are the subject of this Order.

    First, Defendant has moved for reconsideration of the Court's ruling regarding the admissibility of Plaintiff's testimony that John Doe No. 8 pushed Plaintiff on March 21, 2012, prior to her interaction with then-Sergeant Mattera. (ECF No. 456.) Included in Defendant's motion were four exhibits. By May 12, 2022, at 5 p.m., Defendant must submit, in addition to the four exhibits it already submitted, all excerpts from the 2018 pre-trial conference and 2018 trial transcripts that would be relevant to Defendant's motion. By May 12, 2022 at 5 p.m., Plaintiff may submit a memorandum of law in opposition to this motion. This memorandum is not to exceed eight double-spaced pages. Plaintiff may also include transcript excerpts that would be relevant.

    Second, Plaintiff has moved for reconsideration of the Court's ruling regarding the admissibility of the NYPD Patrol Guide § 203-11. (ECF No. 459.) By May 13, 2022, at 5:00 p.m., Defendant may submit a memorandum of law in opposition to this motion. This

memorandum is not to exceed eight double-spaced pages.

    SO ORDERED.

Dated: New York, New York
       May 11, 2022                                                 */s/ Kimba M. Wood*
                                                                          KIMBA M. WOOD
                                                             United States District Judge