

**NEW YORK**       **CALIFORNIA**       **GEORGIA**       **PENNSYLVANIA**

May 10, 2022

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2022

**MEMO ENDORSED**

      Re:    *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

      Plaintiff respectfully requests a brief extension to submit responses to the portions of the videos designated by Defendant as per this Court's directive (ECF No. 451), which is currently due at 5:00 p.m. today.  (ECF No. 462).  Plaintiff requests that her objections be filed on or before 11:00 a.m. tomorrow, May 11, 2022.

      Defendant consents to this request.

      We thank the Court for its consideration in this matter.

                       Respectfully,

                       */s/Reza Rezvani*
                       Reza Rezvani

cc:    All Counsel of Record (*via* ECF)

**Plaintiff's request is granted. The briefing scheduling is modified as follows:**

**Plaintiff's objections must be filed on or before 11:00 a.m. on May 11, 2022.**
**Rebuttals are due on or before 5:00 p.m. on May 12, 2022.**

**SO ORDERED.**
**Dated: May 11, 2022**
**New York, NY**

      */s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**