```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARY TARDIF,

                    Plaintiff,

          -v-

CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2022

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Defendant has indicated its intention to offer evidence regarding a past conviction of Dr. R.C. Krishna (ECF No. 469), whom Plaintiff plans to offer as an expert witness. Defendant attaches to its letter documents from four state bodies that oversee the professional discipline of medical providers within each state. Defendant writes that the instances of professional discipline referenced in those documents are "highly probative of [Dr. Krishna's] credibility." (*Id.* at 4.)

      If Plaintiff wishes to respond to Defendant's letter, she must do so by May 16, 2022 at 5 p.m., in a letter of no more than three and one-half pages.

      SO ORDERED.

Dated: New York, New York
       May 12, 2022

                                                           */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                            United States District Judge