

**FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

```
USDC SDNY                May 12, 2022
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2022
```

BY ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

## MEMO ENDORSED

The parties submit this joint request for an extension of the deadline to submit a letter, regarding the parties' positions on the proposed redactions of medical records, pursuant to this Court's directive, (ECF No. 434), that is due today by 5:00 p.m. (ECF No. 462). Plaintiff also requests an extension to submit her opposition to Defendant's Motion to Reconsider Permitting Testimony Regarding the Alleged Conduct of John Doe No. 8, (ECF No. 464), which Defendant does not oppose.

The purpose of the first extension is for the parties to have a further, more meaningful meet and confer regarding their positions on the proposed redactions to the medical records. The parties have had discussions regarding redactions and are currently scheduled to have another meet and confer tomorrow, May 13, 2022. The parties request to be given until May 13, 2022 at 12:00 p.m. to file it's joint letter regarding each party's position.  ] Granted - KMW

Regarding the second request, Plaintiff requests an extension until Friday, May 13, 2022 at 5:00 p.m. to file its opposition to Defendant's motion. This is the same date Defendant's opposition to Plaintiff's motion for reconsideration is currently due.  ] Granted - KMW

We thank the Court for its consideration in this matter.

*All future requests must comply with this Court's Individual Rules, including Rule 1.G. — KMW*

Respectfully,

/s/Reza Rezvani
Reza Rezvani

cc:     All Counsel of Record (*via* ECF)

SO ORDERED, N.Y., N.Y. 5/12/2022

_____
KIMBA M. WOOD
U.S.D.J.

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.6804   FAX: 212.656.1760   INJURYLAWYERSOFNYC.COM