The American College of Radiology, with more than 30,000 members, is the principal organization of radiologists, radiation oncologists, and clinical medical physicists in the United States. The College is a nonprofit professional society whose primary purposes are to advance the science of radiology, improve radiologic services to the patient, study the socioeconomic aspects of the practice of radiology, and encourage continuing education for radiologists, radiation oncologists, medical physicists, and persons practicing in allied professional fields.

The American College of Radiology will periodically define new practice parameters and technical standards for radiologic practice to help advance the science of radiology and to improve the quality of service to patients throughout the United States. Existing practice parameters and technical standards will be reviewed for revision or renewal, as appropriate, on their fifth anniversary or sooner, if indicated.

Each practice parameter and technical standard, representing a policy statement by the College, has undergone a thorough consensus process in which it has been subjected to extensive review and approval. The practice parameters and technical standards recognize that the safe and effective use of diagnostic and therapeutic radiology requires specific training, skills, and techniques, as described in each document. Reproduction or modification of the published practice parameter and technical standard by those entities not providing these services is not authorized.

Revised 2019 (Resolution 17)*

# ACR–ASNR–SPR PRACTICE PARAMETER FOR THE PERFORMANCE AND INTERPRETATION OF MAGNETIC RESONANCE IMAGING (MRI) OF THE BRAIN

## PREAMBLE

This document is an educational tool designed to assist practitioners in providing appropriate radiologic care for patients. Practice Parameters and Technical Standards are not inflexible rules or requirements of practice and are not intended, nor should they be used, to establish a legal standard of care[1]. For these reasons and those set forth below, the American College of Radiology and our collaborating medical specialty societies caution against the use of these documents in litigation in which the clinical decisions of a practitioner are called into question.

The ultimate judgment regarding the propriety of any specific procedure or course of action must be made by the practitioner in light of all the circumstances presented. Thus, an approach that differs from the guidance in this document, standing alone, does not necessarily imply that the approach was below the standard of care. To the contrary, a conscientious practitioner may responsibly adopt a course of action different from that set forth in this document when, in the reasonable judgment of the practitioner, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology subsequent to publication of this document. However, a practitioner who employs an approach substantially different from the guidance in this document is advised to document in the patient record information sufficient to explain the approach taken.

The practice of medicine involves not only the science, but also the art of dealing with the prevention, diagnosis, alleviation, and treatment of disease. The variety and complexity of human conditions make it impossible to always reach the most appropriate diagnosis or to predict with certainty a particular response to treatment. Therefore, it should be recognized that adherence to the guidance in this document will not assure an accurate diagnosis or a successful outcome. All that should be expected is that the practitioner will follow a reasonable course of action based on current knowledge, available resources, and the needs of the patient to deliver effective and safe medical care. The sole purpose of this document is to assist practitioners in achieving this objective.

[1] Iowa Medical Society and Iowa Society of Anesthesiologists v. Iowa Board of Nursing, ___ N.W.2d ___ (Iowa 2013) Iowa Supreme Court refuses to find that the *ACR Technical Standard for Management of the Use of Radiation in Fluoroscopic Procedures* (Revised 2008) sets a national standard for who may perform fluoroscopic procedures in light of the standard's stated purpose that ACR standards are educational tools and not intended to establish a legal standard of care. See also, Stanley v. McCarver, 63 P.3d 1076 (Ariz. App. 2003) where in a concurring opinion the Court stated that "published standards or guidelines of specialty medical organizations are useful in determining the duty owed or the standard of care applicable in a given situation" even though ACR standards themselves do not establish the standard of care.

## I. INTRODUCTION

This practice parameter was revised collaboratively by the American College of Radiology (ACR), the American Society of Neuroradiology (ASNR), and the Society for Pediatric Radiology (SPR).

Magnetic resonance imaging (MRI) is a proven and well-established imaging modality in the evaluation and assessment of the brain. MRI of the brain is the most sensitive technique available because of its high sensitivity in exploiting inherent contrast differences of tissues as a result of variable magnetic relaxation properties and magnetic susceptibilities. MRI is a rapidly evolving technology, and ongoing technical advancements will continue to improve the diagnosis of brain disorders. This practice parameter outlines the principles for performing high-quality MRI of the brain.

## II. INDICATIONS

Indications for MRI of the brain include, but are not limited to:

1. Neoplastic conditions or other mass or mass-like conditions of the brain parenchyma, meninges, or cranium, either primary or secondary [1-8]
2. Vascular
   a. Acute ischemia and infarction [9-15]
   b. Chronic vascular disease [16-19]
   c. Vascular malformations, such as developmental venous anomaly, capillary telangiectasia, cavernous angioma, arteriovenous malformation, arteriovenous fistulas and aneurysm [20-22]
   d. Arterial or venous/dural venous sinus abnormalities, including congenital and acquired disorders and thrombosis [23,24]
   e. Additionally, MR angiography/arteriography (MRA) and MR venography (MRV) may provide more detailed noninvasive vascular information. (See the ACR–ASNR–SNIS–SPR Practice Parameter for the Performance of Cervicocerebral Magnetic Resonance Angiography [MRA] [25].)
3. Congenital disorders and anatomical abnormalities, including the evaluation of brain maturation [26-29]
4. Congenital or acquired neurodegenerative disorders [16,30-34]
5. Congenital or acquired hydrocephalus [35,36]
6. Metabolic, nutritional, and dysmyelinating disorders [37-39]
7. Trauma [40-43]
   a. Certain benefits over computed tomography (CT), such as detection of diffuse axonal injury
   b. Assessment of unexplained posttraumatic neurological deficits
   c. Posttraumatic brain injury
   d. Nonaccidental trauma
8. Hemorrhage
   a. Certain benefits over CT, such as determining the age of hemorrhage, evaluation of chronic hemorrhage, and detection of microhemorrhages [44,45]
   b. MRI with gradient echo/susceptibility weighted imaging has sensitivity comparable to or higher than CT in specific settings, such as detection of hemorrhagic transformation in the rapid evaluation of acute ischemic stroke [46].
9. Inflammatory and autoimmune disorders, including disorders of demyelination [47-50]
10. Infectious disorders: encephalitis, meningitis, empyema, abscess [51-53]
11. Endocrine disorders [54,55]
    a. High-resolution assessment of hypothalamic/pituitary axis
12. Evaluation of the cranial nerve anatomy or pathology [56]
13. Epilepsy and movement disorders [33,57-61]
14. Organic psychiatric disorders [62]
15. Follow-up of treatment, including iatrogenic sequelae such as radiation necrosis [63-66]
16. Image guidance for treatment planning, surgery, or interventional [67-71] (see the ACR–ASNR Practice Parameter for the Performance of Non-Breast MRI-Guided Procedures [72])
17. Evaluation of headaches with associated neurological findings or suspected brain structural abnormality [73,74]

18. Elevated or decreased intracranial pressure
19. For further characterization of abnormalities (or suspected abnormalities) detected on other imaging tests (eg, CT or sonography)

Extended indications for brain MRI include techniques that provide additional real-time, dynamic, or quantitative information that assists in therapeutic guidance or clinical decision making.

1. Cerebral spinal fluid (CSF) flow, blood flow, and brain perfusion [13,35,36,75-79]
2. Spectroscopy [10,38,76,80-83]
3. Functional imaging [67,84-87]
4. Volumetry [16,31,88]
5. Morphometry [61,62,89]
6. Diffusion tensor imaging/diffusion kurtosis/tractography [29,90-95]
7. Combination with positron emission tomography [96-98]
8. Radiogenomics [99]
9. Radiomics [100]

## III. QUALIFICATIONS AND RESPONSIBILITIES OF PERSONNEL

See the ACR Practice Parameter for Performing and Interpreting Magnetic Resonance Imaging (MRI) [101].

## IV. SAFETY GUIDELINES AND POSSIBLE CONTRAINDICATIONS

See the ACR Practice Parameter for Performing and Interpreting Magnetic Resonance Imaging (MRI), the ACR Manual on Contrast Media, and the ACR Guidance Document on MR Safe Practices [101].

Peer-reviewed literature pertaining to MR safety should be reviewed on a regular basis.

## V. SPECIFICATIONS OF THE EXAMINATION

The supervising physician must have complete understanding of the indications, risks, and benefits of the examination, as well as alternative imaging procedures [102-105]. The physician must be familiar with potential hazards associated with MRI, including conditional, legacy, or unsafe implants; foreign bodies; and potential adverse reactions to contrast media. The physician should be familiar with relevant ancillary studies that the patient may have undergone. (See the ACR Practice Parameter for Communication of Diagnostic Imaging Findings [106].) The physician performing MRI interpretation must have a clear understanding and knowledge of the anatomy and pathophysiology relevant to the MRI examination.

The clinical request form should be initiated by the referring physician or any appropriate allied health care professional acting within his or her scope of practice. It should contain pertinent information regarding the clinical indication for the procedure.

The written or electronic request for MRI of the brain should provide sufficient information to demonstrate the medical necessity of the examination and allow for its proper performance and interpretation.

Documentation that satisfies medical necessity includes 1) signs and symptoms and/or 2) relevant history (including known diagnoses). Additional information regarding the specific reason for the examination or a provisional diagnosis would be helpful and may at times be needed to allow for the proper performance and interpretation of the examination.

The request for the examination must be originated by a physician or other appropriately licensed health care provider. The accompanying clinical information should be provided by a physician or other appropriately licensed health care provider familiar with the patient's clinical problem or question and consistent with the state scope of practice requirements. (ACR Resolution 35, adopted in 2006 – revised in 2016, Resolution 12-b)

The supervising physician must also understand the pulse sequences to be used and their effect on the appearance of the images, including the potential generation of image artifacts. Standard imaging protocols may be established and varied on a case-by-case basis when necessary. These protocols should be reviewed and updated periodically.

A. Patient Selection

The physician responsible for the examination should supervise patient selection and preparation and be available in person or by phone for consultation. Patients and all other persons entering the MRI safety zone (employees and nonemployees) must be screened and interviewed (when their condition permits) prior to the examination to exclude individuals who may be at risk by exposure to the MRI environment.

Certain indications require administration of intravenous (IV) contrast media. IV contrast enhancement should be performed using appropriate injection protocols and in accordance with the institution's policy on IV contrast utilization. Patients receiving IV gadolinium chelates should be evaluated for risk factors or contraindications to IV MRI contrast media, especially the potential risk of nephrogenic systemic fibrosis (NSF) [107]. (See the ACR–SPR Practice Parameter for the Use of Intravascular Contrast Media, the ACR Manual on Contrast Media, the ACR Guidance Document on MR Safe Practices, and the ACR website.)

Patients suffering from anxiety or claustrophobia may require sedation or additional assistance. Sedation of pediatric patients (and in some cases nonsedated patients) may benefit from child life support staff. Administration of anxiolytics or moderate sedation may be needed to achieve a successful examination. If moderate sedation is necessary, refer to the ACR–SIR Practice Parameter for Sedation/Analgesia [108].

B. Facility Requirements

Appropriate emergency equipment and medications must be immediately available to treat adverse reactions associated with administered medications. The equipment and medications should be monitored for inventory and drug expiration dates on a regular basis. The equipment, medications, and other emergency support must also be appropriate for the range of ages and sizes in the patient population.

C. Examination Technique

MRI examination of the brain can be performed on closed and open MRI systems of various field strengths using a local surface coil (head coil) and a wide array of pulse sequences [7,10,12,26,28,32,33,36,49,50,53,54,76,85,86,109-131]. This is a rapidly evolving field, and the appropriate pulse sequences and plane of imaging must be individualized and tailored to the clinical question at hand under the supervision of the MRI physician. A typical imaging protocol for MRI of the brain includes a sagittal T1-weighted (or a T1-weighted volumetric acquisition), axial T2-weighted and axial T2-weighted fluid-attenuated inversion recovery (FLAIR), and fast spin-echo or turbo-spin-echo (or equivalent) sequences. If T2-weighted FLAIR is not used in children under the age of 2 years, proton density–weighted sequences may be performed. Under certain clinical circumstances (uncooperative or pediatric patients), very rapid acquisitions, such as echo planar imaging or single-shot fast spin-echo imaging, can be performed to obtain T2 information. Diffusion imaging is essential for many indications, particularly in the assessment of infarction, abscess, epidermoid lesion, active demyelination, and hypercellular neoplasm. Inclusion of gradient recall echo (GRE) or susceptibility weighted imaging (SWI) markedly improves the detection/assessment of calcifications, microhemorrhages, and intravascular thrombosis. The entire brain should be covered in multiple imaging planes. (See the Clinical Image Quality Guide section of the ACR MR Accreditation Program Testing Instructions.)

The recovery time (TR) and echo time (TE) required to optimize image quality depends on the field strength of the magnet. These parameters must therefore be adjusted for image optimization. For example, lower-field-strength magnets may require lower TRs, whereas higher-field-strength magnets may require longer TRs for image optimization.

Slice thickness, spatial resolution, signal-to-noise ratio, acquisition time, and contrast are all interrelated. To optimize spatial resolution, imaging of the brain should be performed with a slice thickness of no greater than 5 mm

and an interslice gap of no greater than 2.5 mm. Thinner slices (less than 5 mm) and smaller interslice gaps (less than 2.5 mm) or interleaved images without a slice gap provide superior image detail if clinical circumstances warrant.

Gadolinium chelates may be administered by IV when there is suspicion of breakdown of the blood-brain barrier [6,132-135]. Recently, controversy has arisen regarding reports of gadolinium deposition in tissues, and questions have been raised about the safety of these chelates [136,137]. The clinical significance of tissue deposition remains unknown, but most experts believe that gadolinium chelates are safe. However, any contrast agent should only be administered under the supervision of a physician when clinically indicated [136]. Alternatives to gadolinium chelates might also be contemplated in the appropriate setting [138]. Postcontrast images, when indicated, should be obtained in at least one plane but preferably in two or more perpendicular planes. (Alternatively, one postcontrast series could be obtained using a T1-weighted volumetric acquisition.) Postcontrast FLAIR images may add value in the assessment of meningeal disease [139]. (Please see the ACR Manual on Contrast Media [140].)

With the advent of high-performance gradient coil assemblies, amplifiers, and other technical enhancements, advanced imaging applications are also an option with the appropriate hardware and software. Improvements in the receiver and data acquisition systems also allow for more rapid imaging. Higher-field-strength MR (eg, 3T and 7T) may provide added utility in some clinical situations [57,141-147].

While a detailed discussion of all the evolving advanced imaging techniques is beyond the scope of this practice parameter, it should be noted that rapid pulse sequences and other advanced imaging techniques may provide added value for MRI of the brain [148]. These can include, but are not limited to, echo planar imaging [149], parallel imaging [32,110,119,150,151], diffusion-weighted imaging [50,109,112,152-158], diffusion-tensor imaging [28,29,91,92,94,110,123,156,159-162], rapid gradient echo pulse sequences (capable of providing T1 or T2 information and enabling 3-D acquisitions) [163], SWI [164-170], functional imaging [159,171-186], perfusion imaging [187-194], volumetric [36,195-199], morphometric [200-210], magnetic source imaging [211], and other quantitative applications [156,212-222].

Certain clinical circumstances may warrant the use of proton MR spectroscopy [80-82,223-229] as an adjunct to routine MR brain imaging. (See the ACR–ASNR–SPR Practice Parameter for the Performance and Interpretation of Magnetic Resonance Spectroscopy of the Central Nervous System [230].) Additional techniques that may be useful under the appropriate clinical circumstances include 3-D imaging techniques [231-234], neuronavigation, and intraoperative MRI [68,115,124,235], magnetization transfer imaging [236-240], CSF flow study using phase-contrast pulse sequences [241], and variations of single-shot fast spin-echo or turbo spin-echo imaging.

It is the responsibility of the supervising physician to determine whether additional pulse sequences or nonconventional pulse sequences and imaging techniques confer added benefit for the diagnosis and management of the patient. Generally, MRI examination of the brain should be performed within parameters approved by the Food and Drug Administration (FDA). Examinations that use techniques not approved by the FDA can be considered when they are judged to be medically appropriate.

## VI. DOCUMENTATION

Reporting should be in accordance with the ACR Practice Parameter for Communication of Diagnostic Imaging Findings [106].

## VII. EQUIPMENT SPECIFICATIONS

The MRI equipment specifications and performance must meet all state and federal requirements. The requirements include, but are not limited to, specifications of maximum static magnetic strength, maximum rate of change of magnetic field strength (dB/dt), maximum radiofrequency power deposition (specific absorption rate), and maximum acoustic noise levels [242,243].

## VIII. QUALITY CONTROL AND IMPROVEMENT, SAFETY, INFECTION CONTROL, AND PATIENT EDUCATION

Policies and procedures related to quality, patient education, infection control, and safety should be developed and implemented in accordance with the ACR Policy on Quality Control and Improvement, Safety, Infection Control, and Patient Education appearing under the heading *Position Statement on QC & Improvement, Safety, Infection Control, and Patient Education* on the ACR website (https://www.acr.org/Advocacy-and-Economics/ACR-Position-Statements/Quality-Control-and-Improvement).

Specific policies and procedures related to MRI safety should be in place with documentation that is updated annually and compiled under the supervision and direction of the supervising MRI physician. Guidelines should be provided that deal with potential hazards associated with the MRI examination of the patient as well as to others in the immediate area. Screening forms must also be provided to detect those patients who may be at risk for adverse events associated with the MRI examination.

Equipment monitoring should be in accordance with the ACR–AAPM Technical Standard for Diagnostic Medical Physics Performance Monitoring of Magnetic Resonance Imaging (MRI) Equipment [244].

**ACKNOWLEDGEMENT**

This parameter was revised according to the process described under the heading *The Process for Developing ACR Practice Parameters and Technical Standards* on the ACR website (https://www.acr.org/Clinical-Resources/Practice-Parameters-and-Technical-Standards) by the Committee on Practice Parameters – Neuroradiology of the Commission on Neuroradiology and the Committee on Practice Parameters – Pediatric Radiology of the ACR Commissions on Pediatric Radiology in collaboration with the ASNR and the SPR.

Collaborative Committee – members represent their societies in the initial and final revision of this practice parameter

ACR
John E. Jordan, MD, MPP, FACR, Chair
Timothy J. Carmody, MD, FACR
Alexander M. McKinney, IV, MD
David M. Mirsky, MD
Robin J. Mitnick, MD

ASNR
Kavita K. Erickson, MD
Adam E. Flanders, MD
Erin S. Schwartz, MD, FACR
A. John Tsiouris, MD
Max Wintermark, MD

SPR
Mariaem M. Andres, MD
Carolina V Guimaraes, MD
Rupa Radhakrishnan, MD

Committee on Practice Parameters – Neuroradiology
(ACR Committee responsible for sponsoring the draft through the process)

Steven W. Hetts, MD, Chair
Kristine A. Blackham, MD
Brian A. Conley, MD
Kavita K. Erickson, MD
Adam E. Flanders, MD
H. Simms Hardin, IV, MD
John E. Jordan, MD, MPP, FACR
Jacqueline C. Junn, MD
Robert J. McDonald, MD
Alexander M. McKinney, IV, MD
David M. Mirsky, MD
Robin J. Mitnick, MD, FACR
Lubdha M. Shah, MD
Raymond K. Tu, MD, FACR, Chair
Max Wintermark, MD

Committee on Practice Parameters – Pediatric Radiology
(ACR Committee responsible for sponsoring the draft through the process)

Beverley Newman, MB, BCh, BSc, FACR, Chair
Timothy J. Carmody, MD, FACR
Tara M. Catanzano, MB, BCh
Lee K. Collins, MD
Kassa Darge, MD, PhD
Kerri A. Highmore, MD
Sue C. Kaste, DO
Terry L. Levin, MD, FACR
Matthew P. Lungren, MD, MPH
Helen R. Nadel, MD

Committee on Practice Parameters – Pediatric Radiology

Monica S. Epelman, MD
Dorothy L. Gilbertson-Dahdal, MD
Safwan S. Halabi, MD
Sumit Pruthi, MBBS
Pallavi Sagar, MD
Richard B. Towbin, MD, FACR

Alexander M. Norbash, MD, FACR, Chair, Commission on Neuroradiology
Richard A. Barth, MD, FACR, Chair, Commission on Pediatric Radiology
Jacqueline Anne Bello, MD, FACR, Chair, Commission on Quality and Safety
Matthew S Pollack, MD, FACR, Chair, Committee on Practice Parameters and Technical Standards
Mary Newell, MD, Vice Chair, Committee on Practice Parameters and Technical Standards

Comments Reconciliation Committee

Johnson B. Lightfoote, MD, FACR, Chair
Colin M. Segovis, MD, PhD, Co-Chair
Mariaem M. Andres, MD
Richard A. Barth, MD, FACR
Jacqueline A. Bello, MD, FACR
Timothy J. Carmody, MD, FACR
Sammy Chu, MD
Richard Duszak, Jr., MD, FACR
Kavita K. Erickson, MD
Adam E. Flanders, MD
Carolina V Guimaraes, MD
Steven W. Hetts, MD
John E. Jordan, MD, MPP, FACR
Paul A. Larson, MD, FACR
Alexander M. McKinney, IV, MD
David M. Mirsky, MD
Robin J. Mitnick, MD
Mary S. Newell, MD, FACR
Beverley Newman, MB, BCh, BSc, FACR
Alexander M. Norbash, MD, FACR
Matthew S. Pollack, MD, FACR
Rupa Radhakrishnan, MD
Michael I. Rothman, MD, FACR
Erin S. Schwartz, MD, FACR
Timothy L. Swan, MD, FACR
A. John Tsiouris, MD
Max Wintermark, MD

**REFERENCES**

1. Cha S. Update on brain tumor imaging: from anatomy to physiology. *AJNR. American journal of neuroradiology*. 2006;27(3):475-487.
2. Dillon WP. Tumors in and adjacent to the brain. *Current opinion in neurology and neurosurgery*. 1990;3(6):864-866.
3. Fukui MB, Meltzer CC, Kanal E, Smirniotopoulos JG. MR imaging of the meninges. Part II. Neoplastic disease. *Radiology*. 1996;201(3):605-612.
4. Hanssens P, Karlsson B, Yeo TT, Chou N, Beute G. Detection of brain micrometastases by high-resolution stereotactic magnetic resonance imaging and its impact on the timing of and risk for distant recurrences. *Journal of neurosurgery*. 2011;115(3):499-504.
5. Hawighorst H, Debus J, Schreiber W, et al. Contrast-enhanced magnetization transfer imaging: improvement of brain tumor conspicuity and delineation for radiosurgical target volume definition. *Radiotherapy and oncology : journal of the European Society for Therapeutic Radiology and Oncology*. 1997;43(3):261-267.
6. Krautmacher C, Willinek WA, Tschampa HJ, et al. Brain tumors: full- and half-dose contrast-enhanced MR imaging at 3.0 T compared with 1.5 T--Initial Experience. *Radiology*. 2005;237(3):1014-1019.
7. Yuh WT, Christoforidis GA, Koch RM, et al. Clinical magnetic resonance imaging of brain tumors at ultrahigh field: a state-of-the-art review. *Topics in magnetic resonance imaging : TMRI*. 2006;17(2):53-61.
8. Nguyen TB, Cron GO, Bezzina K, et al. Correlation of Tumor Immunohistochemistry with Dynamic Contrast-Enhanced and DSC-MRI Parameters in Patients with Gliomas. *AJNR. American journal of neuroradiology*. 2016;37(12):2217-2223.
9. Gonzalez RG. Imaging-guided acute ischemic stroke therapy: From "time is brain" to "physiology is brain". *AJNR. American journal of neuroradiology*. 2006;27(4):728-735.
10. Parsons MW, Li T, Barber PA, et al. Combined (1)H MR spectroscopy and diffusion-weighted MRI improves the prediction of stroke outcome. *Neurology*. 2000;55(4):498-505.
11. Ricci PE, Jr. Proton MR spectroscopy in ischemic stroke and other vascular disorders. *Neuroimaging clinics of North America*. 1998;8(4):881-900.

12. Srinivasan A, Goyal M, Al Azri F, Lum C. State-of-the-art imaging of acute stroke. *Radiographics : a review publication of the Radiological Society of North America, Inc.* 2006;26 Suppl 1:S75-95.
13. Sunshine JL, Tarr RW, Lanzieri CF, Landis DM, Selman WR, Lewin JS. Hyperacute stroke: ultrafast MR imaging to triage patients prior to therapy. *Radiology.* 1999;212(2):325-332.
14. Catanese L, Tarsia J, Fisher M. Acute Ischemic Stroke Therapy Overview. *Circulation research.* 2017;120(3):541-558.
15. Charidimou A, Karayiannis C, Song TJ, et al. Brain microbleeds, anticoagulation, and hemorrhage risk: Meta-analysis in stroke patients with AF. *Neurology.* 2017;89(23):2317-2326.
16. Au R, Massaro JM, Wolf PA, et al. Association of white matter hyperintensity volume with decreased cognitive functioning: the Framingham Heart Study. *Archives of neurology.* 2006;63(2):246-250.
17. Bryan RN, Manolio TA, Schertz LD, et al. A method for using MR to evaluate the effects of cardiovascular disease on the brain: the cardiovascular health study. *AJNR. American journal of neuroradiology.* 1994;15(9):1625-1633.
18. Ketonen LM. Neuroimaging of the aging brain. *Neurologic clinics.* 1998;16(3):581-598.
19. Mandell DM, Mossa-Basha M, Qiao Y, et al. Intracranial Vessel Wall MRI: Principles and Expert Consensus Recommendations of the American Society of Neuroradiology. *AJNR. American journal of neuroradiology.* 2017;38(2):218-229.
20. Abe T, Singer RJ, Marks MP, Norbash AM, Crowley RS, Steinberg GK. Coexistence of occult vascular malformations and developmental venous anomalies in the central nervous system: MR evaluation. *AJNR. American journal of neuroradiology.* 1998;19(1):51-57.
21. Martin AJ, Hetts SW, Dillon WP, et al. MR imaging of partially thrombosed cerebral aneurysms: characteristics and evolution. *AJNR. American journal of neuroradiology.* 2011;32(2):346-351.
22. Wagner BJ, Richardson KJ, Moran AM, Carrier DA. Intracranial vascular malformations. *Seminars in ultrasound, CT, and MR.* 1995;16(3):253-268.
23. Knopp EA. Venous disease and tumors. *Magnetic resonance imaging clinics of North America.* 1995;3(3):509-528.
24. Wang WC, Gallagher DM, Pegelow CH, et al. Multicenter comparison of magnetic resonance imaging and transcranial Doppler ultrasonography in the evaluation of the central nervous system in children with sickle cell disease. *Journal of pediatric hematology/oncology.* 2000;22(4):335-339.
25. American College of Radiology. ACR–ASNR–SNIS–SPR practice parameter for the performance of cervicocerebral magnetic resonance angiography (MRA). 2015; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/cervicocerebralmra.pdf?la=en. Accessed January 23, 2018.
26. Barkovich AJ. The encephalopathic neonate: choosing the proper imaging technique. *AJNR. American journal of neuroradiology.* 1997;18(10):1816-1820.
27. Griffiths PD, Russell SA, Mason G, Morris J, Fanou E, Reeves MJ. The use of in utero MR imaging to delineate developmental brain abnormalities in multifetal pregnancies. *AJNR. American journal of neuroradiology.* 2012;33(2):359-365.
28. Kim MJ, Provenzale JM, Law M. Magnetic resonance and diffusion tensor imaging in pediatric white matter diseases. *Topics in magnetic resonance imaging : TMRI.* 2006;17(4):265-274.
29. Mukherjee P, McKinstry RC. Diffusion tensor imaging and tractography of human brain development. *Neuroimaging clinics of North America.* 2006;16(1):19-43, vii.
30. Barkovich AJ. Malformations of neocortical development: magnetic resonance imaging correlates. *Current opinion in neurology.* 1996;9(2):118-121.
31. Smith EE, Egorova S, Blacker D, et al. Magnetic resonance imaging white matter hyperintensities and brain volume in the prediction of mild cognitive impairment and dementia. *Archives of neurology.* 2008;65(1):94-100.
32. Stahl R, Dietrich O, Teipel SJ, Hampel H, Reiser MF, Schoenberg SO. White matter damage in Alzheimer disease and mild cognitive impairment: assessment with diffusion-tensor MR imaging and parallel imaging techniques. *Radiology.* 2007;243(2):483-492.
33. Vymazal J, Righini A, Brooks RA, et al. T1 and T2 in the brain of healthy subjects, patients with Parkinson disease, and patients with multiple system atrophy: relation to iron content. *Radiology.* 1999;211(2):489-495.
34. Ayrignac X, Nicolas G, Carra-Dalliere C, Hannequin D, Labauge P. Brain Calcifications in Adult-Onset Genetic Leukoencephalopathies: A Review. *JAMA neurology.* 2017;74(8):1000-1008.

35. Algin O, Turkbey B. Evaluation of Aqueductal Stenosis by 3D Sampling Perfection with Application-Optimized Contrasts Using Different Flip Angle Evolutions Sequence: Preliminary Results with 3T MR Imaging. *AJNR. American journal of neuroradiology*. 2011.
36. Bradley WG, Safar FG, Furtado C, Ord J, Alksne JF. Increased intracranial volume: a clue to the etiology of idiopathic normal-pressure hydrocephalus? *AJNR. American journal of neuroradiology*. 2004;25(9):1479-1484.
37. Tan ZS, Beiser AS, Fox CS, et al. Association of metabolic dysregulation with volumetric brain magnetic resonance imaging and cognitive markers of subclinical brain aging in middle-aged adults: the Framingham Offspring Study. *Diabetes care.* 2011;34(8):1766-1770.
38. Zimmerman RA, Wang ZJ. The value of proton MR spectroscopy in pediatric metabolic brain disease. *AJNR. American journal of neuroradiology*. 1997;18(10):1872-1879.
39. Zuccoli G, Siddiqui N, Bailey A, Bartoletti SC. Neuroimaging findings in pediatric Wernicke encephalopathy: a review. *Neuroradiology*. 2010;52(6):523-529.
40. Ashwal S, Wycliffe ND, Holshouser BA. Advanced neuroimaging in children with nonaccidental trauma. *Developmental neuroscience.* 2010;32(5-6):343-360.
41. Barnes PD. Imaging of nonaccidental injury and the mimics: issues and controversies in the era of evidence-based medicine. *Radiologic clinics of North America.* 2011;49(1):205-229.
42. Kou Z, Wu Z, Tong KA, et al. The role of advanced MR imaging findings as biomarkers of traumatic brain injury. *The Journal of head trauma rehabilitation.* 2010;25(4):267-282.
43. Kubal WS. Updated imaging of traumatic brain injury. *Radiologic clinics of North America.* 2012;50(1):15-41.
44. Burgess RE, Kidwell CS. Use of MRI in the assessment of patients with stroke. *Current neurology and neuroscience reports.* 2011;11(1):28-34.
45. Vernooij MW, van der Lugt A, Ikram MA, et al. Prevalence and risk factors of cerebral microbleeds: the Rotterdam Scan Study. *Neurology*. 2008;70(14):1208-1214.
46. Kidwell CS, Chalela JA, Saver JL, et al. Comparison of MRI and CT for detection of acute intracerebral hemorrhage. *JAMA : the journal of the American Medical Association.* 2004;292(15):1823-1830.
47. Bartynski WS. Posterior reversible encephalopathy syndrome, part 1: fundamental imaging and clinical features. *AJNR. American journal of neuroradiology*. 2008;29(6):1036-1042.
48. Ge Y. Multiple sclerosis: the role of MR imaging. *AJNR. American journal of neuroradiology.* 2006;27(6):1165-1176.
49. Jager HR, Albrecht T, Curati-Alasonatti WL, Williams EJ, Haskard DO. MRI in neuro-Behcet's syndrome: comparison of conventional spin-echo and FLAIR pulse sequences. *Neuroradiology*. 1999;41(10):750-758.
50. Pagani E, Bammer R, Horsfield MA, et al. Diffusion MR imaging in multiple sclerosis: technical aspects and challenges. *AJNR. American journal of neuroradiology*. 2007;28(3):411-420.
51. Dousset V, Armand JP, Lacoste D, et al. Magnetization transfer study of HIV encephalitis and progressive multifocal leukoencephalopathy. Groupe d'Epidemiologie Clinique du SIDA en Aquitaine. *AJNR. American journal of neuroradiology*. 1997;18(5):895-901.
52. Noujaim SE, Rossi MD, Rao SK, et al. CT and MR imaging of neurocysticercosis. *AJR. American journal of roentgenology.* 1999;173(6):1485-1490.
53. Tsuchiya K, Inaoka S, Mizutani Y, Hachiya J. Fast fluid-attenuated inversion-recovery MR of intracranial infections. *AJNR. American journal of neuroradiology*. 1997;18(5):909-913.
54. Chong BW, Kucharczyk W, Singer W, George S. Pituitary gland MR: a comparative study of healthy volunteers and patients with microadenomas. *AJNR. American journal of neuroradiology*. 1994;15(4):675-679.
55. Famini P, Maya MM, Melmed S. Pituitary magnetic resonance imaging for sellar and parasellar masses: ten-year experience in 2598 patients. *The Journal of clinical endocrinology and metabolism.* 2011;96(6):1633-1641.
56. Nagae-Poetscher LM, Jiang H, Wakana S, Golay X, van Zijl PC, Mori S. High-resolution diffusion tensor imaging of the brain stem at 3 T. *AJNR. American journal of neuroradiology*. 2004;25(8):1325-1330.
57. Craven I, Griffiths PD, Hoggard N. Magnetic resonance imaging of epilepsy at 3 Tesla. *Clinical radiology.* 2011;66(3):278-286.
58. Lee JW, Wen PY, Hurwitz S, et al. Morphological characteristics of brain tumors causing seizures. *Archives of neurology*. 2010;67(3):336-342.

59. Moore KR, Funke ME, Constantino T, Katzman GL, Lewine JD. Magnetoencephalographically directed review of high-spatial-resolution surface-coil MR images improves lesion detection in patients with extratemporal epilepsy. *Radiology*. 2002;225(3):880-887.
60. Sitoh YY, Tien RD. Neuroimaging in epilepsy. *Journal of magnetic resonance imaging : JMRI*. 1998;8(2):277-288.
61. Wagner J, Weber B, Urbach H, Elger CE, Huppertz HJ. Morphometric MRI analysis improves detection of focal cortical dysplasia type II. *Brain : a journal of neurology*. 2011;134(Pt 10):2844-2854.
62. Mietchen D, Gaser C. Computational morphometry for detecting changes in brain structure due to development, aging, learning, disease and evolution. *Frontiers in neuroinformatics.* 2009;3:25.
63. Hill KL, Jr., Lipson AC, Sheehan JM. Brain magnetic resonance imaging changes after sorafenib and sunitinib chemotherapy in patients with advanced renal cell and breast carcinoma. *Journal of neurosurgery*. 2009;111(3):497-503.
64. Norden AD, Young GS, Setayesh K, et al. Bevacizumab for recurrent malignant gliomas: efficacy, toxicity, and patterns of recurrence. *Neurology*. 2008;70(10):779-787.
65. Rush S, Elliott RE, Morsi A, et al. Incidence, timing, and treatment of new brain metastases after Gamma Knife surgery for limited brain disease: the case for reducing the use of whole-brain radiation therapy. *Journal of neurosurgery*. 2011;115(1):37-48.
66. Wang YX, King AD, Zhou H, et al. Evolution of radiation-induced brain injury: MR imaging-based study. *Radiology*. 2010;254(1):210-218.
67. Amiez C, Kostopoulos P, Champod AS, et al. Preoperative functional magnetic resonance imaging assessment of higher-order cognitive function in patients undergoing surgery for brain tumors. *Journal of neurosurgery*. 2008;108(2):258-268.
68. Nimsky C, Ganslandt O, Von Keller B, Romstock J, Fahlbusch R. Intraoperative high-field-strength MR imaging: implementation and experience in 200 patients. *Radiology*. 2004;233(1):67-78.
69. Pamir MN, Ozduman K, Dincer A, Yildiz E, Peker S, Ozek MM. First intraoperative, shared-resource, ultrahigh-field 3-Tesla magnetic resonance imaging system and its application in low-grade glioma resection. *Journal of neurosurgery*. 2010;112(1):57-69.
70. Miller BA, Salehi A, Limbrick DD, Jr., Smyth MD. Applications of a robotic stereotactic arm for pediatric epilepsy and neurooncology surgery. *Journal of neurosurgery. Pediatrics.* 2017;20(4):364-370.
71. Roland JL, Griffin N, Hacker CD, et al. Resting-state functional magnetic resonance imaging for surgical planning in pediatric patients: a preliminary experience. *Journal of neurosurgery. Pediatrics.* 2017;20(6):583-590.
72. American College of Radiology. ACR–ASNR practice parameter for the performance of non-breast MRI-guided procedures. 2013; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/MR-Guided-NonBreast.pdf. Accessed January 23, 2018.
73. Dowling MM, Noetzel MJ, Rodeghier MJ, et al. Headache and migraine in children with sickle cell disease are associated with lower hemoglobin and higher pain event rates but not silent cerebral infarction. *The Journal of pediatrics.* 2014;164(5):1175-1180 e1171.
74. Ozge A, Termine C, Antonaci F, Natriashvili S, Guidetti V, Wober-Bingol C. Overview of diagnosis and management of paediatric headache. Part I: diagnosis. *The journal of headache and pain.* 2011;12(1):13-23.
75. Barajas RF, Jr., Chang JS, Segal MR, et al. Differentiation of recurrent glioblastoma multiforme from radiation necrosis after external beam radiation therapy with dynamic susceptibility-weighted contrast-enhanced perfusion MR imaging. *Radiology.* 2009;253(2):486-496.
76. Poussaint TY, Rodriguez D. Advanced neuroimaging of pediatric brain tumors: MR diffusion, MR perfusion, and MR spectroscopy. *Neuroimaging clinics of North America.* 2006;16(1):169-192, ix.
77. Boxerman JL, Ellingson BM, Jeyapalan S, et al. Longitudinal DSC-MRI for Distinguishing Tumor Recurrence From Pseudoprogression in Patients With a High-grade Glioma. *American journal of clinical oncology*. 2017;40(3):228-234.
78. Haller S, Zaharchuk G, Thomas DL, Lovblad KO, Barkhof F, Golay X. Arterial Spin Labeling Perfusion of the Brain: Emerging Clinical Applications. *Radiology*. 2016;281(2):337-356.
79. Lanzman B, Heit JJ. Advanced MRI Measures of Cerebral Perfusion and Their Clinical Applications. *Topics in magnetic resonance imaging : TMRI.* 2017;26(2):83-90.
80. Castillo M, Kwock L. Proton MR spectroscopy of common brain tumors. *Neuroimaging clinics of North America.* 1998;8(4):733-752.

81. Castillo M, Kwock L, Courvoisie HE, Hooper SR, Greenwood RS. Proton MR spectroscopy in psychiatric and neurodevelopmental childhood disorders: early experience. *Neuroimaging clinics of North America.* 1998;8(4):901-912.
82. Castillo M, Kwock L, Scatliff J, Mukherji SK. Proton MR spectroscopy in neoplastic and non-neoplastic brain disorders. *Magnetic resonance imaging clinics of North America.* 1998;6(1):1-20.
83. Hollingworth W, Medina LS, Lenkinski RE, et al. A systematic literature review of magnetic resonance spectroscopy for the characterization of brain tumors. *AJNR. American journal of neuroradiology.* 2006;27(7):1404-1411.
84. Bizzi A, Blasi V, Falini A, et al. Presurgical functional MR imaging of language and motor functions: validation with intraoperative electrocortical mapping. *Radiology.* 2008;248(2):579-589.
85. Buckner RL. Event-related fMRI and the hemodynamic response. *Human brain mapping.* 1998;6(5-6):373-377.
86. Faisan S, Thoraval L, Armspach JP, Foucher JR, Metz-Lutz MN, Heitz F. Hidden Markov event sequence models: toward unsupervised functional MRI brain mapping. *Academic radiology.* 2005;12(1):25-36.
87. Turner R, Howseman A, Rees GE, Josephs O, Friston K. Functional magnetic resonance imaging of the human brain: data acquisition and analysis. *Experimental brain research. Experimentelle Hirnforschung. Experimentation cerebrale.* 1998;123(1-2):5-12.
88. Seshadri S, Wolf PA, Beiser A, et al. Stroke risk profile, brain volume, and cognitive function: the Framingham Offspring Study. *Neurology.* 2004;63(9):1591-1599.
89. Greenwood RS, Tupler LA, Whitt JK, et al. Brain morphometry, T2-weighted hyperintensities, and IQ in children with neurofibromatosis type 1. *Archives of neurology.* 2005;62(12):1904-1908.
90. Ellmore TM, Beauchamp MS, O'Neill TJ, Dreyer S, Tandon N. Relationships between essential cortical language sites and subcortical pathways. *Journal of neurosurgery.* 2009;111(4):755-766.
91. Leclercq D, Duffau H, Delmaire C, et al. Comparison of diffusion tensor imaging tractography of language tracts and intraoperative subcortical stimulations. *Journal of neurosurgery.* 2010;112(3):503-511.
92. Peng H, Arfanakis K. Diffusion tensor encoding schemes optimized for white matter fibers with selected orientations. *Magnetic resonance imaging.* 2007;25(2):147-153.
93. Talos IF, Zou KH, Kikinis R, Jolesz FA. Volumetric assessment of tumor infiltration of adjacent white matter based on anatomic MRI and diffusion tensor tractography. *Academic radiology.* 2007;14(4):431-436.
94. Marrale M, Collura G, Brai M, et al. Physics, Techniques and Review of Neuroradiological Applications of Diffusion Kurtosis Imaging (DKI). *Clinical neuroradiology.* 2016;26(4):391-403.
95. Shizukuishi T, Abe O, Aoki S. Diffusion tensor imaging analysis for psychiatric disorders. *Magnetic resonance in medical sciences : MRMS : an official journal of Japan Society of Magnetic Resonance in Medicine.* 2013;12(3):153-159.
96. Delso G, Furst S, Jakoby B, et al. Performance measurements of the Siemens mMR integrated whole-body PET/MR scanner. *Journal of nuclear medicine : official publication, Society of Nuclear Medicine.* 2011;52(12):1914-1922.
97. Schmidt GP, Kramer H, Reiser MF, Glaser C. Whole-body magnetic resonance imaging and positron emission tomography-computed tomography in oncology. *Topics in magnetic resonance imaging : TMRI.* 2007;18(3):193-202.
98. Zaidi H, Ojha N, Morich M, et al. Design and performance evaluation of a whole-body Ingenuity TF PET-MRI system. *Physics in medicine and biology.* 2011;56(10):3091-3106.
99. Smits M, van den Bent MJ. Imaging Correlates of Adult Glioma Genotypes. *Radiology.* 2017;284(2):316-331.
100. Zhou M, Scott J, Chaudhury B, et al. Radiomics in Brain Tumor: Image Assessment, Quantitative Feature Descriptors, and Machine-Learning Approaches. *AJNR. American journal of neuroradiology.* 2018;39(2):208-216.
101. American College of Radiology. ACR practice parameter for performing and interpreting magnetic resonance imaging (MRI). 2017; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/MR-Perf-Interpret.pdf. Accessed January 23, 2018.
102. Kanal E, Barkovich AJ, Bell C, et al. ACR guidance document for safe MR practices: 2007. *AJR. American journal of roentgenology.* 2007;188(6):1447-1474.
103. Seidenwurm DJ, McDonnell CH, 3rd, Raghavan N, Breslau J. Cost utility analysis of radiographic screening for an orbital foreign body before MR imaging. *AJNR. American journal of neuroradiology.* 2000;21(2):426-433.

104. Shellock FG. *Reference Manual for Magnetic Resonance Safety. Implants and Devices: 2012 Edition*. Los Angeles, Calif: Biomedical Research Publishing Company; 2012.
105. Shellock FG, Crues JV. MR procedures: biologic effects, safety, and patient care. *Radiology*. 2004;232(3):635-652.
106. American College of Radiology. ACR practice parameter for communication of diagnostic imaging findings. 2014; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/CommunicationDiag.pdf. Accessed January 23, 2018.
107. Grobner T. Gadolinium--a specific trigger for the development of nephrogenic fibrosing dermopathy and nephrogenic systemic fibrosis? *Nephrology, dialysis, transplantation : official publication of the European Dialysis and Transplant Association - European Renal Association.* 2006;21(4):1104-1108.
108. American College of Radiology. ACR–SIR practice parameter for sedation/analgesia. 2015; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/Sed-Analgesia.pdf. Accessed January 23, 2018.
109. Albers GW, Lansberg MG, Norbash AM, et al. Yield of diffusion-weighted MRI for detection of potentially relevant findings in stroke patients. *Neurology*. 2000;54(8):1562-1567.
110. Alexander AL, Lee JE, Wu YC, Field AS. Comparison of diffusion tensor imaging measurements at 3.0 T versus 1.5 T with and without parallel imaging. *Neuroimaging clinics of North America*. 2006;16(2):299-309, xi.
111. Barkovich AJ, Kuzniecky RI. Neuroimaging of focal malformations of cortical development. *Journal of clinical neurophysiology : official publication of the American Electroencephalographic Society*. 1996;13(6):481-494.
112. Beauchamp NJ, Jr., Ulug AM, Passe TJ, van Zijl PC. MR diffusion imaging in stroke: review and controversies. *Radiographics : a review publication of the Radiological Society of North America, Inc*. 1998;18(5):1269-1283; discussion 1283-1265.
113. Chong J, Lu D, Aragao F, et al. Diffusion-weighted MR of acute cerebral infarction: comparison of data processing methods. *AJNR. American journal of neuroradiology*. 1998;19(9):1733-1739.
114. Deliganis AV, Baxter AB, Berger MS, Marcus SG, Maravilla KR. Serial MR in gene therapy for recurrent glioblastoma: initial experience and work in progress. *AJNR. American journal of neuroradiology*. 1997;18(8):1401-1406.
115. Fried I. Magnetic resonance imaging and epilepsy: neurosurgical decision making. *Magnetic resonance imaging*. 1995;13(8):1163-1170.
116. Greenspan SL, Mathews VP, Caldemeyer KS, Patel MR. FLAIR and HASTE imaging in neurologic diseases. *Magnetic resonance imaging clinics of North America*. 1998;6(1):53-65.
117. Harwood-Nash DC. Neuroimaging and pediatrics. *Current opinion in neurology and neurosurgery*. 1991;4(6):858-863.
118. Kates R, Atkinson D, Brant-Zawadzki M. Fluid-attenuated inversion recovery (FLAIR): clinical prospectus of current and future applications. *Topics in magnetic resonance imaging : TMRI*. 1996;8(6):389-396.
119. Larkman DJ, Nunes RG. Parallel magnetic resonance imaging. *Physics in medicine and biology*. 2007;52(7):R15-55.
120. Lewine JD, Orrison WW, Jr. Magnetic source imaging: basic principles and applications in neuroradiology. *Academic radiology*. 1995;2(5):436-440.
121. Meltzer CC, Fukui MB, Kanal E, Smirniotopoulos JG. MR imaging of the meninges. Part I. Normal anatomic features and nonneoplastic disease. *Radiology*. 1996;201(2):297-308.
122. Moseley ME, Glover GH. Functional MR imaging. Capabilities and limitations. *Neuroimaging clinics of North America*. 1995;5(2):161-191.
123. Mukherjee P, Chung SW, Berman JI, Hess CP, Henry RG. Diffusion tensor MR imaging and fiber tractography: technical considerations. *AJNR. American journal of neuroradiology*. 2008;29(5):843-852.
124. Schwartz RB, Hsu L, Wong TZ, et al. Intraoperative MR imaging guidance for intracranial neurosurgery: experience with the first 200 cases. *Radiology*. 1999;211(2):477-488.
125. Simonetta AB. Imaging of suprasellar and parasellar tumors. *Neuroimaging clinics of North America*. 1999;9(4):717-732.
126. Tice HM, Jones KM, Mulkern RV, et al. Fast spin-echo imaging of intracranial neoplasms. *Journal of computer assisted tomography*. 1993;17(3):425-431.
127. Tyler DJ, Robson MD, Henkelman RM, Young IR, Bydder GM. Magnetic resonance imaging with ultrashort TE (UTE) PULSE sequences: technical considerations. *Journal of magnetic resonance imaging : JMRI*. 2007;25(2):279-289.

128. Dmytriw AA, Sawlani V, Shankar J. Diffusion-Weighted Imaging of the Brain: Beyond Stroke. *Canadian Association of Radiologists journal = Journal l'Association canadienne des radiologistes*. 2017;68(2):131-146.
129. Ho ML, Campeau NG, Ngo TD, Udayasankar UK, Welker KM. Pediatric brain MRI part 1: basic techniques. *Pediatric radiology*. 2017;47(5):534-543.
130. Ho ML, Campeau NG, Ngo TD, Udayasankar UK, Welker KM. Pediatric brain MRI, Part 2: Advanced techniques. *Pediatric radiology*. 2017;47(5):544-555.
131. Mavroidis P, Giankou E, Tsikrika A, et al. Brain imaging: Comparison of T1W FLAIR BLADE with conventional T1W SE. *Magnetic resonance imaging*. 2017;37:234-242.
132. Haustein J, Laniado M, Niendorf HP, et al. Triple-dose versus standard-dose gadopentetate dimeglumine: a randomized study in 199 patients. *Radiology*. 1993;186(3):855-860.
133. Knauth M, Forsting M, Hartmann M, Heiland S, Balzer T, Sartor K. MR enhancement of brain lesions: increased contrast dose compared with magnetization transfer. *AJNR. American journal of neuroradiology*. 1996;17(10):1853-1859.
134. Lindsey RO, Yetkin FZ, Prost R, Haughton VM. Effect of dose and field strength on enhancement with paramagnetic contrast media. *AJNR. American journal of neuroradiology*. 1994;15(10):1849-1852.
135. Russell EJ, Schaible TF, Dillon W, et al. Multicenter double-blind placebo-controlled study of gadopentetate dimeglumine as an MR contrast agent: evaluation in patients with cerebral lesions. *AJR. American journal of roentgenology*. 1989;152(4):813-823.
136. Gulani V, Calamante F, Shellock FG, Kanal E, Reeder SB. Gadolinium deposition in the brain: summary of evidence and recommendations. *The Lancet. Neurology*. 2017;16(7):564-570.
137. Roberts DR, Lindhorst SM, Welsh CT, et al. High Levels of Gadolinium Deposition in the Skin of a Patient With Normal Renal Function. *Investigative radiology*. 2016;51(5):280-289.
138. Daldrup-Link HE. Ten Things You Might Not Know about Iron Oxide Nanoparticles. *Radiology*. 2017;284(3):616-629.
139. Fukuoka H, Hirai T, Okuda T, et al. Comparison of the added value of contrast-enhanced 3D fluid-attenuated inversion recovery and magnetization-prepared rapid acquisition of gradient echo sequences in relation to conventional postcontrast T1-weighted images for the evaluation of leptomeningeal diseases at 3T. *AJNR. American journal of neuroradiology*. 2010;31(5):868-873.
140. American College of Radiology. Manual on contrast media, v 10.3. 2017; Available at: https://www.acr.org/Clinical-Resources/Contrast-Manual. Accessed March 26, 2018.
141. Bagnato F, Hametner S, Yao B, et al. Tracking iron in multiple sclerosis: a combined imaging and histopathological study at 7 Tesla. *Brain : a journal of neurology*. 2011;134(Pt 12):3602-3615.
142. DeLano MC, Fisher C. 3T MR imaging of the brain. *Magnetic resonance imaging clinics of North America*. 2006;14(1):77-88.
143. Tallantyre EC, Morgan PS, Dixon JE, et al. 3 Tesla and 7 Tesla MRI of multiple sclerosis cortical lesions. *Journal of magnetic resonance imaging : JMRI*. 2010;32(4):971-977.
144. Van de Moortele PF, Akgun C, Adriany G, et al. B(1) destructive interferences and spatial phase patterns at 7 T with a head transceiver array coil. *Magnetic resonance in medicine : official journal of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine*. 2005;54(6):1503-1518.
145. Willinek WA, Kuhl CK. 3.0 T neuroimaging: technical considerations and clinical applications. *Neuroimaging clinics of North America*. 2006;16(2):217-228, ix.
146. Zwanenburg JJ, Hendrikse J, Luijten PR. Generalized Multiple-Layer Appearance of the Cerebral Cortex with 3D FLAIR 7.0-T MR Imaging. *Radiology*. 2012;262(3):995-1001.
147. Zwanenburg JJ, Hendrikse J, Visser F, Takahara T, Luijten PR. Fluid attenuated inversion recovery (FLAIR) MRI at 7.0 Tesla: comparison with 1.5 and 3.0 Tesla. *European radiology*. 2010;20(4):915-922.
148. Mabray MC, Cha S. Advanced MR Imaging Techniques in Daily Practice. *Neuroimaging clinics of North America*. 2016;26(4):647-666.
149. Carroll TJ, Horowitz S, Shin W, et al. Quantification of cerebral perfusion using the "bookend technique": an evaluation in CNS tumors. *Magnetic resonance imaging*. 2008;26(10):1352-1359.
150. Lindholm TL, Botes L, Engman EL, et al. Parallel imaging: is GRAPPA a useful acquisition tool for MR imaging intended for volumetric brain analysis? *BMC medical imaging*. 2009;9:15.
151. Skare S, Newbould RD, Nordell A, Holdsworth SJ, Bammer R. An auto-calibrated, angularly continuous, two-dimensional GRAPPA kernel for propeller trajectories. *Magnetic resonance in medicine : official journal*

*of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine.* 2008;60(6):1457-1465.

152. Celsa Hygino da Cruz L. *Clinical Applications of Diffusion Imaging of the Brain, An Issue of Neuroimaging Clinics* Saunders; 2011.
153. Della Nave R, Foresti S, Pratesi A, et al. Whole-brain histogram and voxel-based analyses of diffusion tensor imaging in patients with leukoaraiosis: correlation with motor and cognitive impairment. *AJNR. American journal of neuroradiology*. 2007;28(7):1313-1319.
154. Gray L, MacFall J. Overview of diffusion imaging. *Magnetic resonance imaging clinics of North America.* 1998;6(1):125-138.
155. Kranz PG, Eastwood JD. Does diffusion-weighted imaging represent the ischemic core? An evidence-based systematic review. *AJNR. American journal of neuroradiology*. 2009;30(6):1206-1212.
156. Seppi K, Poewe W. Brain magnetic resonance imaging techniques in the diagnosis of parkinsonian syndromes. *Neuroimaging clinics of North America.* 2010;20(1):29-55.
157. Stricker NH, Schweinsburg BC, Delano-Wood L, et al. Decreased white matter integrity in late-myelinating fiber pathways in Alzheimer's disease supports retrogenesis. *NeuroImage.* 2009;45(1):10-16.
158. Wang S, Kim S, Chawla S, et al. Differentiation between glioblastomas, solitary brain metastases, and primary cerebral lymphomas using diffusion tensor and dynamic susceptibility contrast-enhanced MR imaging. *AJNR. American journal of neuroradiology*. 2011;32(3):507-514.
159. Gupta A, Shah A, Young RJ, Holodny AI. Imaging of brain tumors: functional magnetic resonance imaging and diffusion tensor imaging. *Neuroimaging clinics of North America.* 2010;20(3):379-400.
160. Hess CP, Mukherjee P. Visualizing white matter pathways in the living human brain: diffusion tensor imaging and beyond. *Neuroimaging clinics of North America.* 2007;17(4):407-426, vii.
161. Provenzale JM, Liang L, DeLong D, White LE. Diffusion tensor imaging assessment of brain white matter maturation during the first postnatal year. *AJR. American journal of roentgenology.* 2007;189(2):476-486.
162. Rovaris M, Agosta F, Pagani E, Filippi M. Diffusion tensor MR imaging. *Neuroimaging clinics of North America.* 2009;19(1):37-43.
163. Kakeda S, Korogi Y, Hiai Y, et al. Detection of brain metastasis at 3T: comparison among SE, IR-FSE and 3D-GRE sequences. *European radiology*. 2007;17(9):2345-2351.
164. Cha S, Lupo JM, Chen MH, et al. Differentiation of glioblastoma multiforme and single brain metastasis by peak height and percentage of signal intensity recovery derived from dynamic susceptibility-weighted contrast-enhanced perfusion MR imaging. *AJNR. American journal of neuroradiology.* 2007;28(6):1078-1084.
165. Eissa A, Lebel RM, Korzan JR, et al. Detecting lesions in multiple sclerosis at 4.7 tesla using phase susceptibility-weighting and T2-weighting. *Journal of magnetic resonance imaging : JMRI*. 2009;30(4):737-742.
166. Haacke EM, Mittal S, Wu Z, Neelavalli J, Cheng YC. Susceptibility-weighted imaging: technical aspects and clinical applications, part 1. *AJNR. American journal of neuroradiology.* 2009;30(1):19-30.
167. Haller S, Bartsch A, Nguyen D, et al. Cerebral microhemorrhage and iron deposition in mild cognitive impairment: susceptibility-weighted MR imaging assessment. *Radiology*. 2010;257(3):764-773.
168. Li C, Ai B, Li Y, Qi H, Wu L. Susceptibility-weighted imaging in grading brain astrocytomas. *European journal of radiology*. 2010;75(1):e81-85.
169. Mittal S, Wu Z, Neelavalli J, Haacke EM. Susceptibility-weighted imaging: technical aspects and clinical applications, part 2. *AJNR. American journal of neuroradiology*. 2009;30(2):232-252.
170. Tong KA, Ashwal S, Obenaus A, Nickerson JP, Kido D, Haacke EM. Susceptibility-weighted MR imaging: a review of clinical applications in children. *AJNR. American journal of neuroradiology.* 2008;29(1):9-17.
171. Ben Bashat D, Sivan I, Ziv M, et al. T1-weighted functional imaging based on a contrast agent in presurgical mapping. *Journal of magnetic resonance imaging : JMRI*. 2008;28(5):1245-1250.
172. Bizzi A. Presurgical mapping of verbal language in brain tumors with functional MR imaging and MR tractography. *Neuroimaging clinics of North America.* 2009;19(4):573-596.
173. Chiarelli PA, Bulte DP, Wise R, Gallichan D, Jezzard P. A calibration method for quantitative BOLD fMRI based on hyperoxia. *NeuroImage*. 2007;37(3):808-820.
174. Diamond EL, Miller S, Dickerson BC, et al. Relationship of fMRI activation to clinical trial memory measures in Alzheimer disease. *Neurology*. 2007;69(13):1331-1341.
175. Filippi M, Rocca MA. Functional MR imaging in multiple sclerosis. *Neuroimaging clinics of North America.* 2009;19(1):59-70.

176. Gartus A, Geissler A, Foki T, et al. Comparison of fMRI coregistration results between human experts and software solutions in patients and healthy subjects. *European radiology*. 2007;17(6):1634-1643.
177. Kokkonen SM, Nikkinen J, Remes J, et al. Preoperative localization of the sensorimotor area using independent component analysis of resting-state fMRI. *Magnetic resonance imaging*. 2009;27(6):733-740.
178. Lai G, Schneider HD, Schwarzenberger JC, Hirsch J. Speech stimulation during functional MR imaging as a potential indicator of autism. *Radiology*. 2011;260(2):521-530.
179. Petrella JR, Shah LM, Harris KM, et al. Preoperative functional MR imaging localization of language and motor areas: effect on therapeutic decision making in patients with potentially resectable brain tumors. *Radiology*. 2006;240(3):793-802.
180. Pillai JJ. Insights into adult postlesional language cortical plasticity provided by cerebral blood oxygen level-dependent functional MR imaging. *AJNR. American journal of neuroradiology*. 2010;31(6):990-996.
181. Pillai JJ, Zaca D. Relative utility for hemispheric lateralization of different clinical fMRI activation tasks within a comprehensive language paradigm battery in brain tumor patients as assessed by both threshold-dependent and threshold-independent analysis methods. *NeuroImage*. 2011;54 Suppl 1:S136-145.
182. Schwenkreis P, Maier C, Tegenthoff M. Functional imaging of central nervous system involvement in complex regional pain syndrome. *AJNR. American journal of neuroradiology*. 2009;30(7):1279-1284.
183. Shi F, Liu Y, Jiang T, et al. Regional homogeneity and anatomical parcellation for fMRI image classification: application to schizophrenia and normal controls. *Medical image computing and computer-assisted intervention : MICCAI ... International Conference on Medical Image Computing and Computer-Assisted Intervention*. 2007;10(Pt 2):136-143.
184. Suarez RO, Whalen S, Nelson AP, et al. Threshold-independent functional MRI determination of language dominance: a validation study against clinical gold standards. *Epilepsy & behavior : E&B*. 2009;16(2):288-297.
185. Weber MA, Henze M, Tuttenberg J, et al. Biopsy targeting gliomas: do functional imaging techniques identify similar target areas? *Investigative radiology*. 2010;45(12):755-768.
186. Wengenroth M, Blatow M, Guenther J, Akbar M, Tronnier VM, Stippich C. Diagnostic benefits of presurgical fMRI in patients with brain tumours in the primary sensorimotor cortex. *European radiology*. 2011;21(7):1517-1525.
187. Deibler AR, Pollock JM, Kraft RA, Tan H, Burdette JH, Maldjian JA. Arterial spin-labeling in routine clinical practice, part 1: technique and artifacts. *AJNR. American journal of neuroradiology*. 2008;29(7):1228-1234.
188. Deibler AR, Pollock JM, Kraft RA, Tan H, Burdette JH, Maldjian JA. Arterial spin-labeling in routine clinical practice, part 2: hypoperfusion patterns. *AJNR. American journal of neuroradiology*. 2008;29(7):1235-1241.
189. Deibler AR, Pollock JM, Kraft RA, Tan H, Burdette JH, Maldjian JA. Arterial spin-labeling in routine clinical practice, part 3: hyperperfusion patterns. *AJNR. American journal of neuroradiology*. 2008;29(8):1428-1435.
190. Emblem KE, Zoellner FG, Tennoe B, et al. Predictive modeling in glioma grading from MR perfusion images using support vector machines. *Magnetic resonance in medicine : official journal of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine*. 2008;60(4):945-952.
191. Haris M, Husain N, Singh A, et al. Dynamic contrast-enhanced derived cerebral blood volume correlates better with leak correction than with no correction for vascular endothelial growth factor, microvascular density, and grading of astrocytoma. *Journal of computer assisted tomography*. 2008;32(6):955-965.
192. Kim MJ, Kim HS, Kim JH, Cho KG, Kim SY. Diagnostic accuracy and interobserver variability of pulsed arterial spin labeling for glioma grading. *Acta Radiol*. 2008;49(4):450-457.
193. Lacerda S, Law M. Magnetic resonance perfusion and permeability imaging in brain tumors. *Neuroimaging clinics of North America*. 2009;19(4):527-557.
194. Saindane AM, Law M, Ge Y, Johnson G, Babb JS, Grossman RI. Correlation of diffusion tensor and dynamic perfusion MR imaging metrics in normal-appearing corpus callosum: support for primary hypoperfusion in multiple sclerosis. *AJNR. American journal of neuroradiology*. 2007;28(4):767-772.
195. Ambarki K, Wahlin A, Birgander R, Eklund A, Malm J. MR imaging of brain volumes: evaluation of a fully automatic software. *AJNR. American journal of neuroradiology*. 2011;32(2):408-412.
196. Curiati PK, Tamashiro JH, Squarzoni P, et al. Brain structural variability due to aging and gender in cognitively healthy Elders: results from the Sao Paulo Ageing and Health study. *AJNR. American journal of neuroradiology*. 2009;30(10):1850-1856.
197. Fleisher AS, Sun S, Taylor C, et al. Volumetric MRI vs clinical predictors of Alzheimer disease in mild cognitive impairment. *Neurology*. 2008;70(3):191-199.

198. Heckemann RA, Hammers A, Rueckert D, Aviv RI, Harvey CJ, Hajnal JV. Automatic volumetry on MR brain images can support diagnostic decision making. *BMC medical imaging.* 2008;8:9.
199. Reig S, Sanchez-Gonzalez J, Arango C, et al. Assessment of the increase in variability when combining volumetric data from different scanners. *Human brain mapping.* 2009;30(2):355-368.
200. Aljabar P, Rueckert D, Crum WR. Automated morphological analysis of magnetic resonance brain imaging using spectral analysis. *NeuroImage.* 2008;43(2):225-235.
201. Cardenas VA, Studholme C, Gazdzinski S, Durazzo TC, Meyerhoff DJ. Deformation-based morphometry of brain changes in alcohol dependence and abstinence. *NeuroImage.* 2007;34(3):879-887.
202. Jack CR, Jr., Bernstein MA, Fox NC, et al. The Alzheimer's Disease Neuroimaging Initiative (ADNI): MRI methods. *Journal of magnetic resonance imaging : JMRI.* 2008;27(4):685-691.
203. Kim JH, Suh SI, Seol HY, et al. Regional grey matter changes in patients with migraine: a voxel-based morphometry study. *Cephalalgia : an international journal of headache.* 2008;28(6):598-604.
204. Moorhead TW, Gountouna VE, Job DE, et al. Prospective multi-centre Voxel Based Morphometry study employing scanner specific segmentations: procedure development using CaliBrain structural MRI data. *BMC medical imaging.* 2009;9:8.
205. Pieperhoff P, Sudmeyer M, Homke L, Zilles K, Schnitzler A, Amunts K. Detection of structural changes of the human brain in longitudinally acquired MR images by deformation field morphometry: methodological analysis, validation and application. *NeuroImage.* 2008;43(2):269-287.
206. Roberts TP, Rowley HA. Mapping of the sensorimotor cortex: functional MR and magnetic source imaging. *AJNR. American journal of neuroradiology.* 1997;18(5):871-880.
207. Shen S, Szameitat AJ, Sterr A. VBM lesion detection depends on the normalization template: a study using simulated atrophy. *Magnetic resonance imaging.* 2007;25(10):1385-1396.
208. Shiino A, Watanabe T, Kitagawa T, et al. Different atrophic patterns in early- and late-onset Alzheimer's disease and evaluation of clinical utility of a method of regional z-score analysis using voxel-based morphometry. *Dementia and geriatric cognitive disorders.* 2008;26(2):175-186.
209. Spencer MD, Moorhead TW, McIntosh AM, et al. Grey matter correlates of early psychotic symptoms in adolescents at enhanced risk of psychosis: a voxel-based study. *NeuroImage.* 2007;35(3):1181-1191.
210. Xu L, Pearlson G, Calhoun VD. Joint source based morphometry identifies linked gray and white matter group differences. *NeuroImage.* 2009;44(3):777-789.
211. Heers M, Rampp S, Stefan H, et al. MEG-based identification of the epileptogenic zone in occult peri-insular epilepsy. *Seizure : the journal of the British Epilepsy Association.* 2012;21(2):128-133.
212. de Boer R, Vrooman HA, van der Lijn F, et al. White matter lesion extension to automatic brain tissue segmentation on MRI. *NeuroImage.* 2009;45(4):1151-1161.
213. Denby CE, Vann SD, Tsivilis D, et al. The frequency and extent of mammillary body atrophy associated with surgical removal of a colloid cyst. *AJNR. American journal of neuroradiology.* 2009;30(4):736-743.
214. Ganeshan B, Miles KA, Young RC, Chatwin CR, Gurling HM, Critchley HD. Three-dimensional textural analysis of brain images reveals distributed grey-matter abnormalities in schizophrenia. *European radiology.* 2010;20(4):941-948.
215. Goodwin JA, Vidyasagar R, Balanos GM, Bulte D, Parkes LM. Quantitative fMRI using hyperoxia calibration: reproducibility during a cognitive Stroop task. *NeuroImage.* 2009;47(2):573-580.
216. Harrison LC, Raunio M, Holli KK, et al. MRI texture analysis in multiple sclerosis: toward a clinical analysis protocol. *Academic radiology.* 2010;17(6):696-707.
217. Hobbs NZ, Henley SM, Wild EJ, et al. Automated quantification of caudate atrophy by local registration of serial MRI: evaluation and application in Huntington's disease. *NeuroImage.* 2009;47(4):1659-1665.
218. Holli KK, Harrison L, Dastidar P, et al. Texture analysis of MR images of patients with mild traumatic brain injury. *BMC medical imaging.* 2010;10:8.
219. Sati P, Cross AH, Luo J, Hildebolt CF, Yablonskiy DA. In vivo quantitative evaluation of brain tissue damage in multiple sclerosis using gradient echo plural contrast imaging technique. *NeuroImage.* 2010;51(3):1089-1097.
220. Shen S, Szameitat AJ, Sterr A. An improved lesion detection approach based on similarity measurement between fuzzy intensity segmentation and spatial probability maps. *Magnetic resonance imaging.* 2010;28(2):245-254.
221. Wilson SM, Ogar JM, Laluz V, et al. Automated MRI-based classification of primary progressive aphasia variants. *NeuroImage.* 2009;47(4):1558-1567.

222. Zacharaki EI, Wang S, Chawla S, et al. Classification of brain tumor type and grade using MRI texture and shape in a machine learning scheme. *Magnetic resonance in medicine : official journal of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine.* 2009;62(6):1609-1618.
223. Cecil KM, Lenkinski RE. Proton MR spectroscopy in inflammatory and infectious brain disorders. *Neuroimaging clinics of North America.* 1998;8(4):863-880.
224. Cohen BA, Inglese M, Rusinek H, Babb JS, Grossman RI, Gonen O. Proton MR spectroscopy and MRI-volumetry in mild traumatic brain injury. *AJNR. American journal of neuroradiology.* 2007;28(5):907-913.
225. Gu M, Kim DH, Mayer D, Sullivan EV, Pfefferbaum A, Spielman DM. Reproducibility study of whole-brain 1H spectroscopic imaging with automated quantification. *Magnetic resonance in medicine : official journal of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine.* 2008;60(3):542-547.
226. Horska A, Barker PB. Imaging of brain tumors: MR spectroscopy and metabolic imaging. *Neuroimaging clinics of North America.* 2010;20(3):293-310.
227. Majos C, Bruna J, Julia-Sape M, et al. Proton MR spectroscopy provides relevant prognostic information in high-grade astrocytomas. *AJNR. American journal of neuroradiology.* 2011;32(1):74-80.
228. Sajja BR, Wolinsky JS, Narayana PA. Proton magnetic resonance spectroscopy in multiple sclerosis. *Neuroimaging clinics of North America.* 2009;19(1):45-58.
229. Sundgren PC. MR spectroscopy in radiation injury. *AJNR. American journal of neuroradiology.* 2009;30(8):1469-1476.
230. American College of Radiology. ACR–ASNR–SPR practice parameter for the performance and interpretation of magnetic resonance spectroscopy of the central nervous system. 2018; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/MR-Spectroscopy.pdf. Accessed January 23, 2018.
231. Arimura H, Yoshiura T, Kumazawa S, et al. Automated method for identification of patients with Alzheimer's disease based on three-dimensional MR images. *Academic radiology.* 2008;15(3):274-284.
232. Lee AD, Leow AD, Lu A, et al. 3D pattern of brain abnormalities in Fragile X syndrome visualized using tensor-based morphometry. *NeuroImage.* 2007;34(3):924-938.
233. Mills RJ, Young CA, Smith ET. 3D MRI in multiple sclerosis: a study of three sequences at 3 T. *The British journal of radiology.* 2007;80(953):307-320.
234. Moraal B, Roosendaal SD, Pouwels PJ, et al. Multi-contrast, isotropic, single-slab 3D MR imaging in multiple sclerosis. *European radiology.* 2008;18(10):2311-2320.
235. Bello L, Fava E, Casaceli G, et al. Intraoperative mapping for tumor resection. *Neuroimaging clinics of North America.* 2009;19(4):597-614.
236. Grossman RI. Application of magnetization transfer imaging to multiple sclerosis. *Neurology.* 1999;53(5 Suppl 3):S8-11.
237. Helms G, Dathe H, Kallenberg K, Dechent P. High-resolution maps of magnetization transfer with inherent correction for RF inhomogeneity and T1 relaxation obtained from 3D FLASH MRI. *Magnetic resonance in medicine : official journal of the Society of Magnetic Resonance in Medicine / Society of Magnetic Resonance in Medicine.* 2008;60(6):1396-1407.
238. Portaccio E, Stromillo ML, Goretti B, et al. Neuropsychological and MRI measures predict short-term evolution in benign multiple sclerosis. *Neurology.* 2009;73(7):498-503.
239. Ropele S, Fazekas F. Magnetization transfer MR imaging in multiple sclerosis. *Neuroimaging clinics of North America.* 2009;19(1):27-36.
240. Wu Y, Storey P, Carrillo A, et al. Whole brain and localized magnetization transfer measurements are associated with cognitive impairment in patients infected with human immunodeficiency virus. *AJNR. American journal of neuroradiology.* 2008;29(1):140-145.
241. Hofkes SK, Iskandar BJ, Turski PA, Gentry LR, McCue JB, Haughton VM. Differentiation between symptomatic Chiari I malformation and asymptomatic tonsilar ectopia by using cerebrospinal fluid flow imaging: initial estimate of imaging accuracy. *Radiology.* 2007;245(2):532-540.
242. Guidance for the Industry: Guidance for Premarket Notifications for Magnetic Resonance Diagnostic Devices. US Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health. 1998; http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm073817.htm. Accessed January 20, 2012.
243. Alibek S, Vogel M, Sun W, et al. Acoustic noise reduction in MRI using Silent Scan: an initial experience. *Diagn Interv Radiol.* 2014;20(4):360-363.

244. American College of Radiology. ACR–AAPM technical standard for diagnostic medical physics performance monitoring of magnetic resonance imaging (MRI) equipment. 2014; Available at: https://www.acr.org/-/media/ACR/Files/Practice-Parameters/MR-Equip.pdf. Accessed January 23, 2018.

---

*Practice parameters and technical standards are published annually with an effective date of October 1 in the year in which amended, revised, or approved by the ACR Council. For practice parameters and technical standards published before 1999, the effective date was January 1 following the year in which the practice parameter or technical standard was amended, revised, or approved by the ACR Council.

Development Chronology for this Practice Parameter

2002 (Resolution 8)
Amended 2006 (Resolution 35)
Revised 2008 (Resolution 21)
Revised 2013 (Resolution 6)
Amended 2014 (Resolution 39)
Revised 2019 (Resolution 17)