**F&F** **FARUQI & FARUQI** LLP
ATTORNEYS AT LAW    NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

USDC SDNY May 13, 2022
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

The parties submit this joint request for an extension of the deadline to submit a letter, regarding the parties' positions on the proposed redactions of medical records (along with the proposed redactions), pursuant to this Court's directive, (ECF No. 434). This is the parties' second request for an extension.

The purpose of this extension is for the parties to have a further, more meaningful meet and confer regarding their positions on the proposed redactions to the medical records. The parties have had several discussions including another meet and confer to be held today, May 13, 2022. The parties request to be given until May 16, 2022, at 12:00 p.m. to file its joint letter regarding ⎤ Granted each party's position, as well as the medical records with proposed redactions. We apologize for ⎦ – KMW the clerical error in the request made on May 12, 2022. (ECF No. 472).

We thank the Court for its consideration in this matter.

*No further extensions of this deadline will be granted. – KMW*

Respectfully,

/s/Reza Rezvani
Reza Rezvani

cc:    All Counsel of Record (*via* ECF)

SO ORDERED, N.Y., N.Y.    5/13/2022

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE 212.983.6804   FAX 212.656.1760   INJURYLAWYERSOFNYC.COM