UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY TARDIF

                     Plaintiff

    -against-

CITY OF NEW YORK,

                    Defendants.
------------------------------------------------------------x

**ORDER**
13 CV 4056 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/22

KIMBA M. WOOD, District Judge:

    Trial in the above-captioned case, scheduled to begin on Wednesday, May 18, 2022, is adjourned to Monday, May 23, 2022, at 9:00 a.m.

    SO ORDERED.

Dated: New York, New York
       May 18, 2022

                                               /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE