UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MARY TARDIF,

                              Plaintiff,

              -v-

CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:      5/19/2022
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

        The Court has received copies of videos that the parties seek to introduce at trial.

Defendant seeks to introduce "D12_2_March_21_2012.mp4" and

"D12_3_March_21_2012.mp4."  Plaintiff seeks to introduce "Exhibit 15 (Exhibit 19 at the first

trial) Police Brutality Union Square M21 Watch how a woman who tripped and fell,

03/21/2012," "Exhibit 18 (Exhibit 22 at the first trial) OWS Medic Shoved to the ground by

NYPD sustains concussion, 03/21/2012," and "Exhibit 23 (Exhibit 26 at the first trial) Video of

Union Square Park showing Mattera and O'Connell, 03/21/2012."  On May 19, 2022, the parties

must submit a joint letter containing the following:

  1)  One still photo from each separate sequence in which Mattera, Tardif, or anyone else

      the parties may identify at trial appears on video, identifying those individuals;

  2)  A list giving the timestamps denoting the beginning and end of each segment of the

      videos that Plaintiff will seek to introduce; whether Plaintiff seeks to introduce that

      segment with or without audio; why that segment should or should not have audio;

      why Plaintiff believes that segment is relevant; and Defendant's objections to the

      admissibility of that segment;

3) A list giving the timestamps denoting the beginning and end of each segment of the videos that Defendant will seek to introduce; whether Defendant seeks to introduce that segment with or without audio; why that segment should or should not have audio; why Defendant believes that segment is relevant; and Plaintiff's objections to the admissibility of that segment;

4) For numbers 2 and 3 above:

As stated above, do not provide information as it pertains to the entirety of each video.  Please subdivide each video into discrete timestamped segments per argument.  For example, if Defendant wants to introduce 1:00–2:00 of a video, including audio from 1:15–1:30, and Plaintiff objects only to 1:52–2:00, Defendant should provide the information as follows:

1:00–1:14
- Whether Defendant seeks to introduce that segment with or without audio
- Why Defendant believes that segment should or should not have audio
- Why Defendant believes that segment is relevant
- Plaintiff's objections to that segment

1:15–1:30
- Same

1:31–1:51
- Same

1:52–2:00
- Same

5) If more than one video depicts the same scene from different angles, please provide the corresponding timestamps from each video;

6) The time of day, if known, at which each portion of the video begins, e.g., 1:30:17 a.m.; and

7) The exhibit number for each video file.  Hereafter the Court and the parties shall refer to the files by their designated exhibit numbers only.

SO ORDERED.

Dated: New York, New York
May 19, 2022

_____/s/ Kimba M. Wood_____
KIMBA M. WOOD
United States District Judge