UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARY TARDIF,

                        Plaintiff,

            -v-

CITY OF NEW YORK,

                        Defendant.
----------------------------------------------------------X

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #: _____              │
│ DATE FILED:      6/13/2022                │
└─────────────────────────────────────────┘
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On May 19, 2022, the Court ordered the parties to submit a joint supplemental letter outlining the video clips each party seeks to admit and any objections to those video clips. (ECF No. 493.) In that Order, the parties were told to submit "one still photo from each separate sequence in which Mattera, Tardif, or anyone else the parties may identify at trial appears on video, identifying those individuals." (*Id.*)

Once again, the parties' submission lacks adequate information for the Court to rule on these matters because the parties failed to identify clearly the individuals in the still photos. The still photos submitted to the Court must be annotated with an arrow or other marking to designate the individual who is identified.

This is the second Order outlining counsel's inadequate submissions. (*See* ECF No. 501.) The Court reminds counsel of their duty to the Court to be more careful in their submissions. If counsel are unable or unwilling to follow directions to make their submissions coherent, the Court cannot rule on their motions.

The parties are ordered to *carefully* review the Court's Order and, on June 14, 2022,

submit a joint letter including *all* information they have failed to submit.


SO ORDERED.

Dated: New York, New York
       June 13, 2022                          */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        United States District Judge