UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARY M. TARDIF,

                Plaintiff,

    -against-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/22
```

**ORDER**
13 CV 4056 (KMW)

KIMBA M. WOOD, District Judge:

    Plaintiff Mary M. Tardif, owner of the service animal, is allowed to bring the service animal (Daisy) into the Daniel Patrick Moynihan courthouse beginning Tuesday, June 21, 2022, for a trial expected to last approximately one week.

    SO ORDERED.

Dated: New York, New York
         June 15, 2022

                                          _Kimba M. Wood_
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE