UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

   -v-

CITY OF NEW YORK,

                Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/20/2022

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Plaintiff is required to submit an affidavit containing all of Mr. Shockley's expected direct testimony. The affidavit must be submitted twenty-four hours before Mr. Shockley is expected to take the stand.

    SO ORDERED.

Dated: New York, New York
       June 20, 2022

                                                          */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                        United States District Judge