```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
```

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: \_\_\_\_6/20/2022\_\_\_\_ |

MARY TARDIF,

          Plaintiff,

   -v-

CITY OF NEW YORK,

          Defendant.

```
--------------------------------------------------------X
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The parties have set forth their positions on the redactions that they believe are appropriate for several of Ms. Tardif's medical records that Plaintiff seeks to introduce at trial. The Court accepts the proposed redactions as follows.

    <u>Exhibit 24</u>: Plaintiff and Defendant agree to redact the sentence "PD came in to clear + PT was thrown to ground." The Court approves the redacted version of Exhibit 24 that Defendant submitted on May 16, 2022.

    <u>Exhibit 29</u>: The Court approves the redacted version of Exhibit 29 that Plaintiff submitted on June 15, 2022.

    <u>Exhibits 27 and 31</u>: Plaintiff has disclaimed any intent to introduce these exhibits. The proposed redactions to Exhibits 27 and 31 are moot.

    SO ORDERED.

Dated: New York, New York
       June 20, 2022

                                                */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                         United States District Judge