UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY TARDIF,

                  Plaintiff,

         -against-

CITY OF NEW YORK,

                 Defendant.
-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/22

13 **CIVIL** 4056 (KMW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Kimba M. Wood, United States District Judge, Plaintiff Mary M.

Tardif has judgment in the sum of $431,250.00, over a period of 48.6 years, for compensatory

damages as against the defendant.

**DATED:**  New York, New York
        July   1 2    , 2022

                                             **RUBY J. KRAJICK**

So Ordered: 7/12/22

*[signature: Kimba M. Wood]*

                                        **Clerk of Court**

BY:

                                   *[signature]*

**U.S.D.J.**

                                        **Deputy Clerk**