UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARY TARDIF,

                Plaintiff,

      -v-

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/13/2022
```

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On July 1, 2022, the jury returned a verdict for Mary Tardif, finding the City of New York to be liable for battery on the basis of Sergeant Giovanni Mattera's conduct, but not to be liable for assault, and awarding Ms. Tardif $431,250 in compensatory damages.

      Immediately after the verdict was announced, Defendant renewed its Rule 50 motion for judgment as a matter of law and made a Rule 59 motion to set aside the verdict as against the weight of the evidence. Fed. R. Civ. P. 50, 59. The Court set a schedule for briefing both of these motions: Defendant must file its memorandum of law in support by August 1, 2022; Plaintiff must file her memorandum of law in opposition by September 15, 2022; and, if Defendant wishes to file a reply, it must do so by October 17, 2022.

      Judgment was entered on July 12, 2022. (ECF No. 550.) The parties agreed that execution on the judgment should be stayed pending the Court's resolution of Defendant's post-trial motions. Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, Defendant must post a suitable bond or other security to obtain a stay that lasts longer than the automatic thirty-day stay. This bond or security must be in the amount of $431,250.

2

Upon the Court's approval of Defendant's bond or security, the Court will stay execution on the judgment and proceedings to enforce it until thirty days after the Court issues a ruling on Defendant's Rule 50 and Rule 59 motions.

SO ORDERED.

Dated: New York, New York
July 13, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge