

August 4, 2022

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2022
```

    Re:    *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Civil Rule 54.1(a), Plaintiff in the above-captioned matter moves this Court for an extension of time in which to file her Notice of Taxation of Costs until 30 days after this Court's decision on Defendant's post-trial motions.

    On July 12, 2022, this Court entered judgment for Plaintiff in the sum of $431, 250. (ECF No. 550). Under Local Civil Rule 54.1(a), Plaintiff is required to file with the Clerk of this Court a Notice of Taxation of Costs by August 11, 2022, thirty days after the entry of the judgment.

    Defendant, however, has informed this Court that it intends to file post-trial motions, and this Court has set a briefing schedule for those motions, requiring Defendant to file its memorandum for those motions by August 15, 2022. (ECF No. 572). Pursuant to Local Rule 54.1(a), during the pendency of those motions, the Clerk will not tax costs. And after the decision on those motions, any party may file a new Notice of Taxation of Costs.

    Since the Clerk cannot tax costs during the pendency of Defendant's post-trial motions, and since a new Notice of Taxation of Costs may be required after the decision on the decision on these motions, Plaintiff moves this Court to extend the time in which she is required to file her Notice of Taxation of Costs until 30 days after this Court's decision on Defendant's post-trial motions. Good cause exists for this extension because no purpose will be served by the filing of the Notice of Taxation of Costs before the decision on the motions, and Defendant will suffer no prejudice if the time for filing the notice is extended.

    Plaintiff has requested Defendant's consent to this motion on several occasions—July 27, 2022, August 1, 2022, August 3, 2022, and August 4, 2022 (by phone and email)—but Defendant has not responded.

Plaintiff therefore requests that this Court extends the time for Plaintiff to file her Notice of Taxation of Costs until 30 days after this Court's decision on Defendant's post-trial motions.

Respectfully,

/s/ Reza Rezvani
Reza Rezvani

cc: All Counsel of Record (*via* ECF)

**Because final judgment has not yet been entered, the motion is DENIED. Once final judgment has been entered, Plaintiff shall file a Notice of Taxation of Costs pursuant to Local Civil Rule 54.1 if she seeks to recover costs.**

**SO ORDERED.**

**Dated: New York, New York**  /s/ Kimba M. Wood
**August 11, 2022**  **KIMBA M. WOOD**
**United States District Judge**