

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/22
```

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL VIVIANO
*Assistant Corporation Counsel*
Tel.: (212) 356-2368
mviviano@law.nyc.gov

August 15, 2022

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: Mary Tardif v. City of New York, 13-CV-4056 (KMW)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am one of the attorneys assigned to the defense of the above-referenced matter. I write on behalf of Defendant, City of New York, to respectfully request permission to file Exhibits J through U, annexed to Defendant's declaration of support, for Defendant's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50, and 59, under seal. This request is made as the aforementioned exhibits contain plaintiff's sensitive medical records. Accordingly, Defendant seeks the Court's permission to file Defendant's Exhibits J through U, under seal.

Granted.
-KMW

      Thank you for your consideration in this matter.

Respectfully submitted,

/s/ *Michael Viviano*
Michael Viviano
*Assistant Corporation Counsel*
Special Federal Litigation Division

SO ORDERED, N.Y., N.Y. 8/17/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

- 2 -

cc: **VIA ECF**
 *All Counsel of Record*