Court Exhibit #30
7/1/22
4:10 p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/22

MARY TARDIF,

                Plaintiff,

    -v-                              13-CV-4056 (KMW)

CITY OF NEW YORK,

                Defendant.

## VERDICT FORM

A. **LIABILITY**

1. Did Plaintiff prove by a preponderance of the evidence that Sergeant Giovanni Mattera committed assault against Mary Tardif?

    YES _____    NO ___✓___

2. Did Plaintiff prove by a preponderance of the evidence that Sergeant Mattera committed battery against Mary Tardif?

    YES ___✓___    NO _____

*Proceed to Section B – Damages only if you answered "Yes" to Question 1, Question 2, or both.* ***If you answered "No" to both Questions 1 and 2, do not answer any further questions, and instead sign and date your verdict on the bottom of the next page.***

B. **DAMAGES**

3. Did plaintiff prove by a preponderance of the evidence that she is entitled to compensatory damages as a result of being assaulted and/or battered on March 21, 2012 by Sergeant Mattera?

    YES ___✓___    NO _____

*Proceed to Questions 4, 5, and 6 only if you answered "Yes" to Question 3.* ***If you answered "No" to Question 3, do not answer any further questions, and instead sign and date your verdict on the bottom of the next page.***

4. Set forth the amount awarded, if any, to fairly compensate Plaintiff Mary Tardif for PAST compensatory damages as a result of the assault and/or battery. If the answer is "none," so state.

    $ __0__

5. Set forth the amount awarded, if any, to fairly compensate Plaintiff Mary Tardif for FUTURE compensatory damages as a result of the assault and/or battery. If the answer is "none," so state.

    $ __431,250.00__

2

6. If applicable, state the period of years over which the amount for future compensatory damages is intended to provide compensation:

    _48.6 yrs_

**SIGN AND DATE THE VERDICT:**

So say we all, this __1__ day of __July__, 2022.

_Sarah B. Roberts_
Print Jury Foreperson's Name

_Sarah B Roberts_
Jury Foreperson's Signature