

**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK          CALIFORNIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2022

September 29, 2022

**BY ECF**                                    **MEMO ENDORSED**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *Mary Tardif v. City of New York, et al.*, 13-cv-4056 (KMW)(KNF)

Dear Judge Wood:

    We represent the Plaintiff, Mary Tardif, in the above captioned matter.  We write on behalf of Plaintiff to respectfully request permission to file Exhibits 2 and 3, annexed to the Declaration of Reza Rezvani in Opposition to Defendant's Post-Trial Motion to Set Aside Compensatory Damages Finding Against Defendant City of New York; Motion for a New Trial; and Motion for Remittitur.  This request is made as the aforementioned exhibits contain Plaintiff's sensitive medical records.  Accordingly, Plaintiff seeks the Court's permission to file Plaintiff's Exhibits 2 and 3 under seal.

    We thank the Court for its consideration in this matter.

                        Respectfully,

                        */s/Reza Rezvani*
                        Reza Rezvani

cc:    All Counsel of Record (*via* ECF)

**Plaintiff's request to file Exhibits 2 and 3 under seal is granted.**

**SO ORDERED.**

**Dated: October 3, 2022**
**New York, New York**

*/s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**United States District Judge**