UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARY TARDIF,

               Plaintiff,

    -v-

CITY OF NEW YORK,

              Defendant.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/21/2022__

13-CV-4056 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On July 1, 2022, the jury returned a verdict for Mary Tardif and awarded Ms. Tardif $431,250 in compensatory damages. Defendant immediately renewed its Rule 50 motion for judgment as a matter of law and made a Rule 59 motion to set aside the verdict as against the weight of the evidence. Judgment was entered on July 12, 2022. (ECF No. 550.) The parties agreed that execution on the judgment should be stayed pending the Court's resolution of Defendant's post-trial motions. Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, the Court ordered Defendant to post a suitable bond or other security in the amount of $431,250. (ECF No. 551.)

      On July 28, 2022, Defendant requested that the Court permit a stay of execution of the judgment without bond or other security. (ECF No. 552.) The Court stayed the execution of judgment without bond or other security for 30 days to allow the City to provide the following: 1) Evidence that there are sufficient funds to pay the judgment; and 2) Any additional information that would help the Court balance the *In Re Nassau County* factors. (ECF No. 552.)

2

Defendant did not submit any of the requested documentation. On September 15, 2022, the Court ordered Defendant to submit the documentation by September 30, 2022. (ECF No. 589.) Defendant still has not filed the requested materials.

By November 18, 2022, Defendant is directed to submit the following: 1) Evidence that there are sufficient funds to pay the judgment; and 2) Any additional information that would help the Court balance the *In Re Nassau County* factors.

SO ORDERED.

Dated: New York, New York
October 21, 2022

/s/ *Kimba M. Wood*
KIMBA M. WOOD
United States District Judge